# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA



**Jenny Rubin, et al**

    Plaintiff(s)

v.                                                            Civil Action No.    **01-1655(RMU)**

**The Islamic Republic of Iran, et al**

    Defendant(s)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

    I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on

<u>9/11/03</u> , as it appears in the records of this court, and that:

☒ No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a motion having been entered on: _____ . *

☐ An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on: _____ .

☐ An appeal was taken from this judgment and the appeal was dismissed by order entered on: _____ .

    IN TESTIMONY WHEREOF,   I sign my name and affix the seal of this Court on <u>November 20, 2003</u> .

                                                                                         NANCY MAYER-WHITTINGTON, Clerk

                                                                                  By: _____
                                                                                                       Deputy Clerk

---

* (NOTE:  The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JENNY RUBIN,
DEBORAH RUBIN,
DANIEL MILLER,
ABRAHAM MENDELSON,
STUART E. HERSH,
RENAY FRYM,
NOAM ROZENMAN,
ELENA ROZENMAN,
and TZVI ROZENMAN,

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN
(aka Iran, The Republic of Iran, Republic of Iran,
The Government of Iran, Iranian Government, and
Imperial Government of Iran),
THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,
AYATOLLAH ALI HOSEINI KHAMENEI,
ALI AKBAR HASHEMI-RAFSANJANI,
and ALI FALLAHIAN-KHUZESTANI,

    Defendants.

Civil Action No.: 01-1655 (RMU)

Document Nos.: 14, 20

**FILED**
SEP 1 0 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, it is this 10th day of September, 2003,

**ORDERED** that judgment be and is entered on behalf of plaintiff Jenny Rubin against all defendants, jointly and severally, for compensatory damages in the amount of $7,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Daniel Miller against all defendants, jointly and severally, for compensatory damages in the amount of $12,000,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Abraham Mendelson against all defendants, jointly and severally, for compensatory damages in the amount of $12,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Stuart Hersh against all defendants, jointly and severally, for compensatory damages in the amount of $12,000,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Noam Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $15,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Deborah Rubin against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Renay Frym against all defendants, jointly and severally, for compensatory damages in the amount of $6,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Elena Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Tzvi Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiffs Jenny Rubin, Daniel Miller, Abraham Mendelson, Stuart Hersh, and Noam Rozenman

against all defendants except for Iran, jointly and severally, for punitive damages in the amount of $37,500,000 for each of these plaintiffs; and it is

**ORDERED** that the plaintiffs' motion to modify the case caption is granted; and it is

**FURTHER ORDERED** that the plaintiffs may arrange for this Judgment and Order to be translated into Farsi and, at the plaintiffs' request, the Clerk of the Court shall cause a copy of the translated Judgment and Order and the accompanying Findings of Fact and Conclusions of Law to be transmitted to the U.S. Department of State for service upon the defendants through diplomatic channels.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

Service List for *Campuzano v. Islamic Republic of Iran*, Civil Action No. 00-2328

Jacob A. Stein
Stein Mitchell & Mezines
1100 Connecticut Ave, NW
Washington, DC 20036
*Counsel for the Plaintiffs*

Service List for *Rubin v. Islamic Republic of Iran*, Civil Action No. 01-1655

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main St, Suite 400
Providence, RI 02903
*Counsel for the Plaintiffs*

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB 10 P 1:22
U.S. DISTRICT COURT
DISTRICT OF MASS

**APPEARANCE**

Rubin, et al.

v.

The Islamic Republic of Iran, et al.

Case Number: 05MBD10079

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

2/9/05
Date

_(Signature)_

David J. Strachman                                    660136
Print Name                                           Bar Number

321 South Main Street, Suite 400
Address

Providence          RI              02903
City              State           Zip Code

(401) 351-7700            (401) 331-6095
Phone Number                Fax Number