UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JENNY RUBIN, <br> DEBORAH RUBIN, <br> DANIEL MILLER, <br> ABRAHAM MENDELSON, <br> STUART E. HERSCH, <br> RENAY FRYM, <br> NOAM ROZENMAN, <br> ELENA ROZENMAN and <br> TZVI ROZENMAN <br><br>        Plaintiffs — Judgment Creditors, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br> (a/k/a Iran, The Republic of Iran, Republic of Iran, <br> The Government of Iran, Iranian Government, and <br> Imperial Government of Iran), <br> THE IRANIAN MINISTRY OF INFORMATION <br> AND SECURITY, <br> AYATOLLAH ALI HOSEINI KHAMENEI, <br> ALI AKBAR HASHEMI-RAFSANJANI and <br> ALI FALLAHIAN-KHUZESTANI <br><br>        Defendants – Judgment Debtors, <br><br> v. <br><br> MUSEUM OF FINE ARTS, a not-for-profit corporation <br> (a/k/a Boston MFA), HARVARD UNIVERSITY, <br> PRESIDENT AND FELLOWS OF HARVARD <br> COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, <br> BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, <br> SACKLER MUSEUM, SEMITIC MUSEUM, and <br> PEABODY MUSEUM OF ARCHAEOLOGY AND <br> ETHNOLOGY <br><br>        Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

**PLAINTIFFS' MOTION FOR ORDER OF
ATTACHMENT BY TRUSTEE PROCESS**

Now come the plaintiffs in the above-entitled matter and move this Court, pursuant to Rule 69 of the Federal Rules of Civil Procedure, M.G.L. c. 246 and Rule 4.2 of the Massachusetts Rule of Civil Procedure, for an Order of Attachment by Trustee Process of those antiquities, including all objects, artwork, antiques, artifacts, archaeological materials, historical instruments, coins, figurines, monuments, monumental architectural sculptures, pottery sculptures, relics, ruins, shards, statues, texts, vessels and all other objects that are the property of the Islamic Republic of Iran ("Iran"), which are, on information and belief, currently in the possession of trustee process defendants, the Museum of Fine Arts, located in Boston, Massachusetts, and the Harvard University Art Museums, including the Busch-Reisinger Museum, Fogg Art Museum, Sackler Museum, Semitic Museum, and Peabody Museum of Archaeology and Ethnology, located in Cambridge, Massachusetts, to the value of $71,100,999.00 in compensatory damages that remain due and unpaid, and $187,500,000.00 in punitive damages, plus interest, representing the judgment obtained by plaintiffs in the action against Iran, et al., civil action number 01-1655 RMU, in the United States District Court for the District of Columbia, on September 10, 2003 ("the judgment"), plus post-judgment attorneys' fees and costs, and any additional interest and damages permitted under the judgment.

In support hereof, plaintiffs state that they have already succeeded in obtaining a judgment against defendants in the amount greater than the amount requested for attachment; and that on information and belief, no liability insurance is available to satisfy the judgment.

A memorandum in support of this motion and the Affidavit of David J. Strachman, Esq. are submitted herewith.

Respectfully Submitted,

Jenny Rubin, et al.

By their attorneys,

/s/ Richard J. Grahn
Richard J. Grahn, Esq., BBO #206620
Edward V. Colbert, III, Esq., BBO #566187
Georgia J. Asimakopoulos, Esq., BBO #658232
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

/s/David J. Strachman
David J. Strachman, Esq., BBO #660136
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700

Dated: March 28, 2005

## RULE 7.1 CERTIFICATION

The undersigned counsel certifies that there are no defendants who have appeared in this action or in the underlying action in the District of Columbia where judgment was entered, and counsel has therefore been unable to confer with the defendants or their counsel in an attempt to resolve or narrow the issue contained in this motion.

/s/ Richard J. Grahn
Richard J. Grahn

13412.000/pldg/01