# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN,<br>DEBORAH RUBIN,<br>DANIEL MILLER,<br>ABRAHAM MENDELSON,<br>STUART E. HERSCH,<br>RENAY FRYM,<br>NOAM ROZENMAN,<br>ELENA ROZENMAN and<br>TZVI ROZENMAN | Case No.: 1:05-MC-10079 |
| Plaintiffs — Judgment Creditors, | |
| v. | |
| THE ISLAMIC REPUBLIC OF IRAN,<br>(a/k/a Iran, The Republic of Iran, Republic of Iran,<br>The Government of Iran, Iranian Government, and<br>Imperial Government of Iran),<br>THE IRANIAN MINISTRY OF INFORMATION<br>AND SECURITY,<br>AYATOLLAH ALI HOSEINI KHAMENEI,<br>ALI AKBAR HASHEMI-RAFSANJANI and<br>ALI FALLAHIAN-KHUZESTANI | |
| Defendants – Judgment Debtors, | |
| v. | |
| MUSEUM OF FINE ARTS, a not-for-profit corporation<br>(a/k/a Boston MFA), HARVARD UNIVERSITY,<br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE, HARVARD UNIVERSITY ART MUSEUMS,<br>BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM,<br>SACKLER MUSEUM, SEMITIC MUSEUM, and<br>PEABODY MUSEUM OF ARCHAEOLOGY AND<br>ETHNOLOGY | |
| Trustee Process Defendants. | |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
## FOR ORDER OF ATTACHMENT BY TRUSTEE PROCESS

**Introduction**

In this action, the plaintiffs seek to recover upon a judgment entered pursuant to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C.S. § 1602 *et seq.* for compensatory and punitive damages for their personal injuries caused by a triple suicide terrorist bombing in Jerusalem, Israel. On September 10, 2003, the United States District Court for the District of Columbia (Civil Action No. 01-1655-RMU) entered a judgment holding the defendants jointly and severally liable to plaintiffs for compensatory damages in the amount of $71,500,000.00, and for punitive damages against all defendants except The Islamic Republic of Iran ("Iran"), in the amount of $187,500,000.00 ("judgment"). The total owed on the judgment is $259,000,000.00. A copy of the judgment as registered in this Court is attached hereto as "Exhibit A." The amount of the judgment for compensatory damages due and unpaid is $71,100,999.00. The plaintiffs also request post-judgment interest and attorneys' fees and costs.

The plaintiffs registered the judgment with this Court on February 10, 2005. Defendants have failed to pay the judgment to date. The plaintiffs now move the Court to grant their request for an Order of Attachment by Trustee Process of all antiquities, including all objects, artwork, antiques, artifacts, archaeological materials, historical instruments, coins, figurines, monuments, monumental architectural sculptures, pottery sculptures, relics, ruins, shards, statues, texts, vessels and all other objects (collectively referred to as "antiquities") that are the property of the Islamic Republic of Iran, which are, upon information and belief, currently in the possession of trustee process defendants, the Museum of Fine Arts ("MFA"), located in Boston, Massachusetts, and the Harvard University Art Museums, including the Busch-Reisinger Museum, Fogg Art Museum, Sackler Museum, Semitic Museum, and

Peabody Museum of Archaeology and Ethnology (collectively referred to as the "Harvard Museums"), located in Cambridge, Massachusetts, in order to satisfy their judgment.

### Trustee's Possession of Iranian Assets

Upon information and belief, during the 1930s, several institutions, including but not limited to, trustee process defendants, the University of Chicago Oriental Institute, the University of Pennsylvania Museum, and the Philadelphia Museum of Art, obtained antiquities through archaeological expeditions in many locations throughout Iran, including but not limited to, Behbahan, Choga Banut, Choga Mish, Do Tulan, Damghan, Gremliza, Highland Fars, Iranian Plateau, Istakher, Luristan, Persepolis, Rayy, Sareb, Sorkh Dum, Susiana, Susa, Surkh Dum-i-Luri, Tall-i-Bakun, Tall-e-Ghazir, Tappeh Asiab, Tappeh Sohz, Tepe Giyan, Tepe Hissar, Tokhmakh Tepe, Tureng Tepe, Umma, Ur and Zagros. Upon information and belief, a number of the antiquities are property of Iran.

There are several antiquities on display at the MFA and on its website, and many others that are not on display, or that have yet to be classified, that were, upon information and belief, excavated in Iran, and may be the property of Iran. Included in the MFA's collection are at least six antiquities that were purchased by the MFA from a third party whose provenance/ownership history indicates that they were excavated in the ancient Persian city of Persepolis.

Upon information and belief, Harvard University also participated in some of the 1930s expeditions to Iran described above and obtained Iranian antiquities that are currently in the possession and/or control of the Harvard Museums. At least six antiquities whose provenance links them to an excavation site in Persepolis are on display at the Sackler Museum at Harvard University. There are several other antiquities on display at the Harvard

3

Museums, and many others that are not on display, or that have yet to be classified, that

were, upon information and belief, excavated in Iran, and may be the property of Iran.

## Collection Efforts In Other U.S. Courts

In addition to this action, plaintiffs' efforts to collect the outstanding amount of

$71,100,999.00 for compensatory damages by attaching antiquities that are property of Iran

have included the domestication of the judgment, on or about December 29, 2003, in the

United States District Court for the Northern District of Illinois ("Illinois action").  In the

Illinois action, the court issued a Citation to Discover Assets (the "citation"), that allowed the

plaintiffs to discover Iranian assets in the possession and/or control of the University of

Chicago, also known as The Oriental Institute.  The citation also prohibits the Oriental

Institute from making any transfer or disposition of property belonging to, or which may be

acquired by, or become due to, Iran as judgment debtors.  A copy of the citation is appended

hereto as "Exhibit B."   The MFA has on display at least two antiquities that are on loan from

the University of Chicago, namely the "Miniature Ewer Vessel" and the "Lion and Bull in

Combat."  The provenance/ownership history of the "Miniature Ewer Vessel" indicates that

it was excavated during the "University of Chicago – MFA Persepolis Expedition of 1937."

In addition to this action and the Illinois action, plaintiffs have commenced a

lawsuit in Pennsylvania seeking to satisfy their judgment through Iranian antiquities located

at the University of Pennsylvania Museum and the Philadelphia Museum of Art.  The MFA

has at least seven antiquities whose provenance/ownership history indicates they were

excavated in the "University Museum, Philadelphia – MFA Persian Expedition."

## Basis For Relief

Pursuant to Fed. R. Civ. P. 69, M.G.L. c. 246 and Mass. R. Civ. P. 4.2, plaintiffs
are entitled to a trustee attachment of assets if they demonstrate that there is a reasonable
likelihood that they will recover judgment, including interest and costs, in an amount equal to
or greater than the amount requested and over and above any liability insurance shown by the
defendant to be available to satisfy the judgment.

In the matter before this Court, plaintiffs have already demonstrated a reasonable
likelihood of success by obtaining a judgment against Iran in the United States District Court
for the District of Columbia. There, the court adjudicated the defendants jointly and
severally liable to plaintiffs for compensatory damages, in the amount of $71,500,000.00,
and for punitive damages, against all defendants except Iran, in the amount of
$187,500,000.00. Furthermore, upon information and belief, there is no liability insurance
available to satisfy the judgment. See Affidavit of David J. Strachman, ¶4 attached as
"Exhibit C."

In addition to meeting the standard for trustee attachments, there is a danger that
without attachments the antiquities in the possession of the trustee process defendants could
be returned to the judgment defendants or otherwise be placed beyond the reach of this
Court, rendering the judgment uncollectible. For instance, Iranian antiquities that were held
at the University of Chicago have been returned to Iran on several occasions. Antiquities
from an excavation in the ancient city of Persepolis were returned to Iran by the University of
Chicago in 1948, 1951 and 2004. In addition, antiquities from the Chogha Mish collection,
consisting of antiquities obtained by excavation at the Chogha Mish site in Iran, were ordered
to be returned to Iran by the University of Chicago following hearings before the Iran-United

5

States Tribunal at the Hague.  The danger of Iranian antiquities returning to Iran is of particular concern in this action, where the MFA has on loan antiquities from the University of Chicago.  The antiquities could also be placed beyond the jurisdiction of the U.S. courts during an upcoming exhibition of Persian art at the British Museum in London, which will begin in or about October, 2005.  Upon information and belief, the British Museum will likely borrow Persian antiquities from other institutions, including those in the possession and/or custody of the trustee process defendants.

Therefore, pursuant to Fed. R. Civ. P. 69, M.G.L. c. 246 and Mass. R. Civ. P. 4.2, the plaintiffs are entitled to an attachment by trustee process of the "goods, effects or credits" of the defendants that are in the possession of the trustee process defendants.

### Conclusion

For the foregoing reasons, the plaintiffs request that this Court allow their Motion for Order of Attachment by Trustee Process.

Respectfully Submitted,

Jenny Rubin, et al.

By their attorneys,

/s/ Richard J. Grahn
Richard J. Grahn, Esq., BBO #206620
Edward V. Colbert, III, Esq., BBO #566187
Georgia J. Asimakopoulos, Esq., BBO #658232
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

David J. Strachman
David J. Strachman, Esq., BBO #660136
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700

Dated: March 28, 2005

13412/000/pldg02

# EXHIBIT A

Certification of Judgment (AO 451 Rev - DC 3/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA



**Jenny Rubin, et al**

   Plaintiff(s)

v.                                      Civil Action No.   **01-1655(RMU)**

**The Islamic Republic of Iran, et al**
   Defendant(s)

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN ANOTHER DISTRICT

   I, NANCY MAYER-WHITTINGTON, Clerk of this United States District Court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action on

9/11/03 _____ , as it appears in the records of this court, and that:

☒   No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the
    Federal Rules of Appellate Procedure has been filed.

☐   No notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of
    the Federal Rules of Appellate Procedure have been disposed of, the latest order disposing of such a
    motion having been entered on: _____ .   *

☐   An appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of
    Appeals issued on: _____ .

☐   An appeal was taken from this judgment and the appeal was dismissed by order entered on:
    _____ .

   IN TESTIMONY WHEREOF,   I sign my name and affix the seal of this Court on
   November 20, 2003 _____ .

                                    NANCY MAYER-WHITTINGTON, Clerk

                         By: _____
                                        Deputy Clerk

*   (NOTE: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact;
    to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
IN CLERKS OFFICE.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA** FEB 10 P 1: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

JENNY RUBIN,
DEBORAH RUBIN,
DANIEL MILLER,
ABRAHAM MENDELSON,
STUART E. HERSH,
RENAY FRYM,
NOAM ROZENMAN,
ELENA ROZENMAN,
and TZVI ROZENMAN,

    Plaintiffs,

    v.

THE ISLAMIC REPUBLIC OF IRAN
(aka Iran, The Republic of Iran, Republic of Iran,
The Government of Iran, Iranian Government, and
Imperial Government of Iran),
THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,
AYATOLLAH ALI HOSEINI KHAMENEI,
ALI AKBAR HASHEMI-RAFSANJANI,
and ALI FALLAHIAN-KHUZESTANI,

    Defendants.

: Civil Action No.: 01-1655 (RMU)
:
: Document Nos.: 14, 20

**FILED**

SEP 1 0 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

11/17/03

### ORDER AND JUDGMENT

For the reasons set forth in the accompanying Findings of Fact and Conclusions

of Law, it is this *10th* day of September, 2003,

**ORDERED** that judgment be and is entered on behalf of plaintiff Jenny Rubin

against all defendants, jointly and severally, for compensatory damages in the amount of

$7,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff

Daniel Miller against all defendants, jointly and severally, for compensatory damages in

the amount of $12,000,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Abraham Mendelson against all defendants, jointly and severally, for compensatory damages in the amount of $12,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Stuart Hersh against all defendants, jointly and severally, for compensatory damages in the amount of $12,000,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Noam Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $15,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Deborah Rubin against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Renay Frym against all defendants, jointly and severally, for compensatory damages in the amount of $6,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Elena Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Tzvi Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiffs Jenny Rubin, Daniel Miller, Abraham Mendelson, Stuart Hersh, and Noam Rozenman

against all defendants except for Iran, jointly and severally, for punitive damages in the

amount of $37,500,000 for each of these plaintiffs; and it is

**ORDERED** that the plaintiffs' motion to modify the case caption is granted; and

it is

**FURTHER ORDERED** that the plaintiffs may arrange for this Judgment and

Order to be translated into Farsi and, at the plaintiffs' request, the Clerk of the Court shall

cause a copy of the translated Judgment and Order and the accompanying Findings of

Fact and Conclusions of Law to be transmitted to the U.S. Department of State for

service upon the defendants through diplomatic channels.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

Service List for *Campuzano v. Islamic Republic of Iran,* Civil Action No. 00-2328

Jacob A. Stein
Stein Mitchell & Mezines
1100 Connecticut Ave, NW
Washington, DC 20036
*Counsel for the Plaintiffs*

Service List for *Rubin v. Islamic Republic of Iran,* Civil Action No. 01-1655

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main St, Suite 400
Providence, RI 02903
*Counsel for the Plaintiffs*

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

2005 FEB 10  P 1: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

DISTRICT OF ___MASSACHUSETTS___

## APPEARANCE

Rubin, et al.

    v.

The Islamic Republic of Iran, et al.

Case Number:

## 05 MBD 10079

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/8/04 *(or 05)* | _(signature)_ |
| Date | Signature |
| | David J. Strachman      660136 |
| | Print Name          Bar Number |
| | 321 South Main Street, Suite 400 |
| | Address |
| | Providence    RI    02903 |
| | City      State      Zip Code |
| | (401) 351-7700     (401) 331-6095 |
| | Phone Number          Fax Number |

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### (Eastern Division)

JENNY RUBIN,
DEBORAH RUBIN,
DANIEL MILLER,
ABRAHAM MENDELSON,
STUART E HERSCH,
RENAY FRYM,
NOAM ROZENMAN,
ELENA ROZENMAN and
TZVI ROZENMAN

Case No.: 03-CV-9370
Judge Blanche M. Manning

Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN,
(a/k/a Iran, The Republic of Iran, Republic of Iran,
The Government of Iran, Iranian Government, and
Imperial Government of Iran),
THE IRANIAN MINISTRY OF INFORMATION AND SECURITY,
AYATOLLAH ALI HOSEINI KHAMENEI,
ALI AKBAR HASHEMI-RAFSANJANI and
ALI FALLAHIAN-KHUZESTANI

· Defendants,

v.

THE UNIVERSITY OF CHICAGO, a not-for-profit corporation
a/k/a and/or d/b/a The Oriental Institute

Citation Third Party Respondent

## CITATION TO DISCOVER ASSETS PURSUANT TO RULE 69 FRCP

To:    The University of Chicago, a not-for-profit corporation
       a/k/a and/or d/b/a The Oriental Institute
       c/o Beth A. Harris, Designated Officer/Agent
       5801 S. Ellis Ave. Room 503
       Chicago, Illinois 60637-1404

YOU ARE REQUIRED to cause your designated corporate officer to appear on June 2, 2004, prior to 2:00 p.m., before United States District Judge Blanche M. Manning or any judge sitting in her stead in Courtroom 2125 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, to be examined under oath to discover assets or property subject to execution in satisfaction of the judgment in this matter.

YOU ARE REQUIRED at the time of the examination to submit your answer to this Citation on the form attached hereto as Appendix "A", and to produce the information and documents specified therein.

A judgment in favor of JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROZENMAN against THE ISLAMIC REPUBLIC OF IRAN (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran) and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, jointly and severally, in the amount of SEVENTY ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($71,500,000.00) in compensatory damages, was entered on September 10, 2003, in the United States District Court for the District of Columbia, and was registered on December 29, 2003, in the United States District Court for the Northern District of Illinois (Eastern Division). The entire judgment remains unsatisfied.

Your answer will inform the Court as to property you may hold belonging to: THE ISLAMIC REPUBLIC OF IRAN (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran) and/or THE IRANIAN MINISTRY OF INFORMATION AND SECURITY ("judgment debtors").

The terms "assets" and "property", as used in this Citation and the Appendix hereto, include, without limitation, any archaeological artifacts, findings and/or objects, of any nature or kind.

The terms "assets" and "property" as used in this Citation and the Appendix hereto include both the assets and property of the judgment debtors and the assets and property of any agency or instrumentality of the judgment debtors, pursuant to The Terrorism Risk Insurance Act of 2002, Pub. L. No. 107-297, 116 §201(a), Stat. 2322 (2002).

YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of Court in accordance with Supreme Court Rule 277 (f), or until this Citation is dismissed by the Court or by Stipulation:

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to

2

the judgment debtors or to which they may be entitled or which may be acquired by or become due to them, until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment. 735 ILCS 5/2-1402(d)(1)

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL. '

## CERTIFICATE OF ATTORNEY

A judgment in favor of JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROZENMAN against THE ISLAMIC REPUBLIC OF IRAN (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran) and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, jointly and severally, in the amount of SEVENTY ONE MILLION FIVE HUNDRED THOUSAND DOLLARS ($71,500,000.00) in compensatory damages, and against THE IRANIAN MINISTRY OF INFORMATION AND SECURITY in the amount of ONE HUNDRED EIGHTY SEVEN MILLION FIVE HUNDRED THOUSAND DOLLARS ($187,500,000.00) in punitive damages, was entered on September 10, 2003, in the United States District Court for the District of Columbia in Case No. 01-1655 (RMU). The judgment was registered on December 29, 2003, in the United States District Court for the Northern District of Illinois (Eastern Division) as Case No. 03-CV-9370. The entire balance of the judgment remains unsatisfied and due.

I the undersigned certify to the Court under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the information herein is true.

_Attorneys for the judgment creditors_
Timothy M. Murphy Bar # 6257595
Timothy M. Murphy PC
3758 West Montrose Ave
Chicago, Ill 60618
(773) 463-1203/ (773) 463-7411 (fax)

WITNESS: _____ , 2004

**MICHAEL W. DOBBINS**

Clerk of the Court

**LIRI ISUFI**

Deputy Clerk

MAY 2 0 2004
Date

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI 02903
(401) 351-7700/ (401) 331-6095 (fax)

## APPENDIX "A"

### I     ANSWER TO CITATION

I _____, a designated corporate officer of the Citation Respondent, certify under penalty of perjury that with regard to the property of the judgment debtors, the Citation Respondent files the following answer to this Citation to Discover Assets:

1) The Citation Respondent is in possession of the following property and/or assets of the judgment debtors (list and describe in full detail – use additional sheets if necessary):

_____
_____
_____
_____

2) The Citation Respondent received possession of the above-described property and/or assets of the judgment debtors under the circumstances, at the time and pursuant to the agreement(s) detailed below:

_____
_____
_____

3) The value of the above-described property and/or assets of the judgment debtors is (specify source of determination of value, e.g. insurance assessment or estimate, etc.):

_____
_____
_____

4

_____
Designated Officer of Citation Respondent

## II    INFORMATION AND DOCUMENTS TO BE PRODUCED UPON EXAMINATION

You are required to produce at the examination conducted pursuant to this Citation, *inter alia,* the information, documents and records specified below:

1) Copies of any and all agreements, contracts, letters of understanding or similar instruments of any type, from any date, to which the Citation Respondent and the judgment debtors are party.

2) Copies of any and all correspondence, notices, written inquiries, letters, or writings of any nature and kind whatsoever, from any date, by and between the Citation Respondent and the judgment debtors, in respect to any assets or property of the judgment debtors.

3) Any and all correspondence, notices, written inquiries, letters of direction, legal processes or writings of any nature and kind whatsoever, from any date, by and between the Citation Respondent and the Office of Foreign Assets Control of the United States Treasury (OFAC) or any other department or agency of the government of the United States, relating to assets or property of the judgment debtors.

4) Any and all licenses, notices, letters of direction or other legal documents of any kind and from any date, issued by or originating from OFAC and addressed, sent or directed to the Citation Respondent, relating to assets or property of the judgment debtors.

5) Any and all insurance policies, from any date, relating to assets or property of the judgment debtors.

6) Any and all written assessments or estimates of the value of the assets or property of the judgment debtors, from any date.

The terms "Citation Respondent" and "judgment debtors", as used in this Appendix, include any agency, instrumentality, agent, officer, and/or predecessors or successors in interest thereof.

I_____ " _____ on oath state:

I am over 21 years of age and not a party to this case. I served the citation to discover
assets by leaving a copy with _____ (Designated Officer/Agent of the
Third Party Respondent) on _____ 2004 at the hour of
_____ a.m./p.m. at _____ County, Illinois.

(attached green card receipt of service here)

* * Signed and sworn by party making service

6

# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| JENNY RUBIN,<br>DEBORAH RUBIN,<br>DANIEL MILLER,<br>ABRAHAM MENDELSON,<br>STUART E. HERSCH,<br>RENAY FRYM,<br>NOAM ROZENMAN,<br>ELENA ROZENMAN and<br>TZVI ROZENMAN<br><br>       Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>(a/k/a Iran, The Republic of Iran, Republic of Iran,<br>The Government of Iran, Iranian Government, and<br>Imperial Government of Iran),<br>THE IRANIAN MINISTRY OF INFORMATION<br>AND SECURITY,<br>AYATOLLAH ALI HOSEINI KHAMENEI,<br>ALI AKBAR HASHEMI-RAFSANJANI and<br>ALI FALLAHIAN-KHUZESTANI<br><br>       Defendants – Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation<br>(a/k/a Boston MFA), HARVARD UNIVERSITY,<br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE, HARVARD UNIVERSITY ART MUSEUMS,<br>BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM,<br>SACKLER MUSEUM, SEMITIC MUSEUM, and<br>PEABODY MUSEUM OF ARCHAEOLOGY AND<br>ETHNOLOGY<br><br>       Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

_____

## AFFIDAVIT OF DAVID J. STRACHMAN

1.      My name is David J. Strachman, Esq.  I am counsel to plaintiffs in this action as well as in Civil Action No. 01-1655-RMU described below.

2.      On September 10, 2003, Plaintiffs obtained a judgment from the United States District Court for the District of Columbia (Civil Action No. 01-1655-RMU) for compensatory damages against The Islamic Republic of Iran et al., on September 10, 2003, in the amount of $71,500,000.00, and for punitive damages against all defendants, except The Islamic Republic of Iran, in the amount of $187,500,000 (the "Judgment").  A copy of the Judgment as registered in this Court is appended hereto as "Exhibit A."

3.      To date, the plaintiffs have recovered $399,001.00 upon the Judgment. Defendants have failed to pay the balance owed under the Judgment, and owe additional amounts to Plaintiffs for accrued interest, and attorneys' fees and costs.

4.      On information and belief, there is no liability insurance available to satisfy the Judgment.

5.      The requested trustee process attachments are necessary to assure that the Judgment will not prove to be uncollectible.

6.      The information contained in this Affidavit is based upon my personal knowledge and information known by me, or upon information which I believe to be true.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 23 DAY OF MARCH 2005.**

David J. Strachman, Esq., BBO #660136
McIntyre, Tate, Lynch & Holt
321 South Main Street, Ste. 400
Providence, RI  02903