UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROZENMAN<br><br>Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran), THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI<br><br>Defendants – Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation (a/k/a Boston MFA), HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, SACKLER MUSEUM, SEMITIC MUSEUM, and PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY<br><br>Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

**CERTIFICATE REGARDING TRUSTEE PROCESS**

I, Richard J. Grahn, of the firm of Looney & Grossman LLP, attorneys for the plaintiffs, do hereby certify that the above-entitled action was for money due upon a judgment entered by the United States District Court for the District of Columbia (Civil Action No. 01-1655-RMU).

For the foregoing reasons, no bond is required to be filed under the provisions of Chapter 246, Section 1, of the General Laws of Massachusetts.

> Respectfully Submitted,
>
> Jenny Rubin, et al.
>
> By their attorneys,
>
> /s/ Richard J. Grahn
> Richard J. Grahn, Esq., BBO #206620
> Edward V. Colbert, III, Esq., BBO #566187
> Georgia J. Asimakopoulos, Esq., BBO #658232
> LOONEY & GROSSMAN LLP
> 101 Arch Street
> Boston, MA 02110
> (617) 951-2800
>
> /s/ David J. Strachman
> David J. Strachman, Esq., BBO #660136
> McIntyre, Tate, Lynch & Holt
> 321 South Main Street, Ste. 400
> Providence, RI 02903
> (401) 351-7700

Dated: March 28, 2005

13412.000/pldg03