## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, <br> DEBORAH RUBIN, <br> DANIEL MILLER, <br> ABRAHAM MENDELSON, <br> STUART E. HERSCH, <br> RENAY FRYM, <br> NOAM ROZENMAN, <br> ELENA ROZENMAN and <br> TZVI ROZENMAN <br><br>           Plaintiffs — Judgment Creditors, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br> (a/k/a Iran, The Republic of Iran, Republic of Iran, <br> The Government of Iran, Iranian Government, and <br> Imperial Government of Iran), <br> THE IRANIAN MINISTRY OF INFORMATION <br> AND SECURITY, <br> AYATOLLAH ALI HOSEINI KHAMENEI, <br> ALI AKBAR HASHEMI-RAFSANJANI and <br> ALI FALLAHIAN-KHUZESTANI <br><br>           Defendants – Judgment Debtors, <br><br> v. <br><br> MUSEUM OF FINE ARTS, a not-for-profit corporation <br> (a/k/a Boston MFA), HARVARD UNIVERSITY, <br> PRESIDENT AND FELLOWS OF HARVARD <br> COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, <br> BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, <br> SACKLER MUSEUM, SEMITIC MUSEUM, and <br> PEABODY MUSEUM OF ARCHAEOLOGY AND <br> ETHNOLOGY <br><br>           Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

## AFFIDAVIT OF GEORGIA J. ASIMAKOPOULOS

Upon oath, Georgia J. Asimakopoulos deposes and states as follows:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts and admitted to practice before this Court. I work at the law offices of Looney & Grossman LLP, 101 Arch Street, Boston, Massachusetts, 02110. I represent the plaintiffs, Jenny Rubin et al., along with Richard J. Grahn, Esq. and Edward V. Colbert, Esq., in this proceeding.

2. On April 15, 2005, I delivered copies of the following pleadings in the matter of <u>Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al.</u>, via DHL courier service, to The Islamic Republic of Iran, Tracking No. 8352761421, and The Iranian Ministry of Information & Security, Tracking No. 8352761432, notifying the defendants that a hearing has been scheduled on April 26th, 2005 at 2:15 pm at the United States District Court for the District of Massachusetts:

    A. Plaintiff's Motion for Order of Attachment by Trustee Process;

    B. Memorandum in Support of Plaintiff's Motion for Order of Attachment by Trustee Process;

    C. Affidavit of David J. Strachman;

    D. Certificate Regarding Trustee Process;

    E. Certification of Judgment for Registration in Another District;

    F. Notice of Hearing for Case Management Conference.

Attached as "Exhibit A" to this Affidavit are copies of the correspondence to the Islamic Republic of Iran and The Iranian Ministry of Information & Security referring to the enclosed above referenced pleadings. Attached as "Exhibit B" to this Affidavit are copies of the DHL Shipment Air Waybills.

3.  As of April 25th, 2005, DHL's website tracking information indicates that both shipments are on hold in Teheran, Iran. Attached as "Exhibit C" to this Affidavit are copies of the DHL tracking slips found on the DHL website.

4.  During numerous telephone conversations with DHL representatives, I was informed that both shipments have been refused by their receiver. Attached as "Exhibit D" to this Affidavit are copies of the email and fax sent to me by two DHL representatives.

Signed this 26th day of April, 2005 under the Pains and Penalties of Perjury.

_Georgia J. Asimakopoulos_
Georgia J. Asimakopoulos



# Looney & Grossman LLP
### Attorneys at Law

Georgia J. Asimakopoulos
Voicemail: Ext. 505
Email:
gasimakopoulos@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

April 15, 2005

**VIA DHL COURIER SERVICE**
*(Tracking No. 8352761432)*

The Iranian Ministry of Information & Security
Pasdaran Avenue
Golestan Yekom
Teheran, Iran

Re: **Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. United States District Court, District of Massachusetts, 1:05-mc-10079-GAO.**

To Whom It May Concern:

Enclosed please find copies of the following pleadings being served upon you on behalf of plaintiffs in the above captioned matter:

1. Plaintiffs' Motion for Order of Attachment by Trustee Process;

2. Memorandum in Support of Plaintiffs' Motion for Order of Attachment by Trustee Process;

3. Affidavit of David J. Strachman;

4. Certificate Regarding Trustee Process;

5. Certification of Judgment for Registration in Another District

6. Notice of Hearing for Case Management Conference.

Please be aware that a hearing has been scheduled on **4/26/05 at 2:15 PM** at the United States District Court for the District of Massachusetts, in Courtroom 9, 1 Courthouse Way Boston, Massachusetts 02210.

**Looney & Grossman LLP**

The Iranian Ministry of Information and Security
April 15, 2005
Page 2

Sincerely,

*[signature]*

Georgia J. Asimakopoulos

Enclosures
GJA

cc:  Richard J. Grahn, Esq. (w/o encl.)
    Edward V. Colbert, Esq. (w/o encl.)
    David J. Strachman, Esq. (w/o encl.)

**Looney & Grossman LLP**

L:\13412\000\Ltr\04

# Looney & Grossman LLP
## Attorneys at Law

Georgia J. Asimakopoulos
Voicemail: Ext. 505
Email:
gasimakopoulos@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

April 15, 2005

**VIA COURIER SERVICE**
*(Tracking No. 8352761421)*

The Islamic Republic of Iran
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Teheran, Iran

Re: **Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. United States District Court, District of Massachusetts, 1:05-mc-10079-GAO.**

To Whom It May Concern:

Enclosed please find copies of the following pleadings being served upon you on behalf of plaintiffs in the above captioned matter:

1. Plaintiffs' Motion for Order of Attachment by Trustee Process;

2. Memorandum in Support of Plaintiffs' Motion for Order of Attachment by Trustee Process;

3. Affidavit of David J. Strachman;

4. Certificate Regarding Trustee Process;

5. Certification of Judgment for Registration in Another District

6. Notice of Hearing for Case Management Conference.

Please be aware that a hearing has been scheduled on **4/26/05 at 2:15 PM** at the United States District Court for the District of Massachusetts, in Courtroom 9, 1 Courthouse Way Boston, Massachusetts 02210.

## Looney & Grossman LLP

The Islamic Republic of Iran
April 15, 2005
Page 2


                                        Sincerely,

                                        Georgia J. Asimakopoulos

Enclosures
GJA

cc:    Richard J. Grahn, Esq. (w/o encl.)
        Edward V. Colbert, Esq. (w/o encl.)
        David J. Strachman, Esq. (w/o encl.)

## Looney & Grossman LLP

L:\13412\000\Ltr\03

DHL EXPRESS — Shipper's Copy

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only

**1 Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
☐ Cash ☐ Check ☐ Credit Card
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number
Shipper's Reference (up to 35 characters)
Company Name: [illegible]
Contact Name: [illegible] J. Asimakopoulos
Address: [illegible]
Post/ZIP Code (required): [illegible]
Phone, Fax, or E-mail (required): [illegible]

**3 To (Receiver)**
Company Name: The Iranian Ministry of Information and Security
Contact Name: [illegible]
Delivery Address (DHL Cannot Deliver to a PO Box):
Pasdaran Avenue
Golestan Yekom
Tehran, Iran
Country: [illegible]
Post/ZIP Code (required): [illegible]
Phone, Fax, or E-mail (required): [illegible]

Airbill No.: 835 2761 432
ORIGIN: [illegible]
DESTINATION CODE: [illegible]

**4 Shipment Details**
Total Number of Packages: [blank]
Total Weight: [blank] (If DHL Express Document packaging used, enter XD)
Pieces / Dimensions (in inches) Length × Width × Height
@ × ×
@ × ×
@ × ×
lbs

**5 Full Description of Contents**
Give Content and Quantity. DHL Does Not Transport Cash.
Documents

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable) Receiver's VAT/GST or Shipper's EIN/SSN
Value for Customs (in US $) (as on Commercial/Pro Forma Invoice)
Schedule B Number / Harmonized Code (if applicable)
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other _____
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to US $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge, I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required) _____ Date / /

**8 Products & Services**
DOMESTIC EXPRESS
☐ U.S. Express Envelope
☐ USA Overnight
☐ Other _____
WORLDWIDE EXPRESS
☒ Int'l Express Envelope
☐ Non-Dutiable ☐ WorldFreight
☐ Dutiable ☐ Other _____
Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Hold For Pickup* ☐ Delivery Notification
*US deliveries only
☐ Other
Not all products or service options are available to/from all locations.

DIMENSIONAL/CHARGEABLE WEIGHT: ___ lbs
GLOBAL MAIL: ☐ Priority ☐ Standard ☐ IPA ☐ ISAL ☐ DomPak

SERVICES / CHARGES
Drop Box #: _____ TOTAL: _____
TRANSPORT COLLECT STICKER No.: _____
PAYMENT DETAILS (Check, Card No.)
No.:
Type _____ Expires _____
Auth. _____
PICKED UP BY
Route No.
Time _____ Date _____

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324 — Shipper's Copy

**Process and Track your shipment online:** http://www.dhl-usa.com
1-800-CALL-DHL *in USA only*

835 2761 421

**1 | Payer account number and shipment value protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Payment: ☐ Cash ☐ Check ☐ Credit Card
*Not all payment options are available in all countries.*

**2 | From (Shipper)**
Shipper's Account Number:
Shipper's Reference (up to 35 characters): Georgia T. Asimakopulos
Company Name:
Address:
Post/ZIP Code (required):
Phone, Fax, or E-mail (required):

**3 | To (Receiver)**
Company Name: The Islamic Republic of Iran
Contact Name: Ministry of Foreign Affairs
Delivery Address *DHL Cannot Deliver to a PO Box*:
Khomeini Avenue
United Nations Street
Teheran, Iran
Country:
Post/ZIP Code (required):
Phone, Fax, or E-mail (required):

**4 | Shipment Details**
Total Number of Packages:
Total Weight (If DHL Express Document packaging used, enter XD):
Dimensions (in inches): Pieces / Length × Width × Height
lbs

**5 | Full Description of Contents**
Give Content and Quantity. *DHL Does Not Transport Cash*

**6 | Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable) Receiver's VAT/GST or Shipper's EIN/SSN
Value for Customs (in US $) (as on Commercial/Pro Forma Invoice)
Schedule B Number / Harmonized Code (if applicable)
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes *If left blank, Receiver pays duties/taxes.*
☐ Receiver ☐ Shipper ☐ Other _____
*The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.*

**7 | Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required): _____ Date: __/__/__

**8 | Products & Services**
DOMESTIC EXPRESS: ☐ U.S. Express Envelope ☐ USA Overnight ☐ Other
WORLDWIDE EXPRESS: ☒ Int'l Express Envelope ☐ Non-Dutiable ☐ WorldFreight ☐ Dutiable ☐ Other
Service Options (extra charges may apply): ☐ Saturday Delivery ☐ Special Pickup ☐ Hold For Pickup* ☐ Delivery Notification ☐ Other
*US deliveries only*
GLOBAL MAIL: ☐ Priority ☐ Standard ☐ IPA ☐ ISAL ☐ DomFlats

DIMENSIONAL/CHARGEABLE WEIGHT _____ lbs
SERVICES / CHARGES
Drop Box # _____ TOTAL _____
TRANSPORT COLLECT STICKER NO.
PAYMENT DETAILS (Check, Card No.)
No.:
Type _____ Expires _____
Auth. _____
PICKED UP BY
Route No.
Time _____ Date _____

ORIGIN _____ DESTINATION CODE _____

8352761421

The Group   Investor Relations



**Tracking**
Good Morning

The Group | Investor Relations
Contact | Site Map
Settings
Help

ast Track
DHL Air Waybill

[Go] More tracking options

▶ Search

Veb Shipping
3ook a Pick-up
‎racking
)rder Supplies
)HL Interactive
‎rade Automation Service

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8352761421 | Boston, MA - USA | Tehran - Iran (Islamic Republic of) | Shipment on hold |

8352761421 - Detailed Report

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| April 15, 2005 | 20:35 | Boston, MA - USA | Shipment picked up |
| April 16, 2005 | 01:53 | Cincinnati Hub, OH - USA | Transferred through Cincinnati Hub - USA |
| April 16, 2005 | 06:22 | Cincinnati Hub, OH - USA | Departed from DHL facility in Cincinnati Hub - USA |
| April 17, 2005 | 14:10 | Bahrain - Bahrain | Arrived at DHL facility in Bahrain - Bahrain |
| April 17, 2005 | 17:09 | Bahrain - Bahrain | Departed from DHL facility in Bahrain - Bahrain |
| April 17, 2005 | 19:17 | Express Logistics Centre, Dubai - United Arab Emirates | Arrived at DHL facility in Express Logistics Centre, Dubai - United Arab Emirates |
| April 17, 2005 | 22:40 | Express Logistics Centre, Dubai - United Arab Emirates | Departed from DHL facility in Express Logistics Centre, Dubai - United Arab Emirates |
| April 18, 2005 | 06:29 | Tehran - Iran (Islamic Republic of) | Arrived at DHL Facility |
| April 19, 2005 | 12:03 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 20, 2005 | 08:08 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 21, 2005 | 09:42 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 23, 2005 | 10:05 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 24, 2005 | 09:08 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 25, 2005 | 09:12 | Tehran - Iran (Islamic Republic of) | Shipment on hold |

Try a new search.

©2005  ▶ DHL International GmbH. All Rights Reserved



**Tracking**

**Good Morning**

The Group    Investor Relations

Contact    Site Map   Settings   Help

ast Track

DHL Air Waybill

Go    More tracking options

▶ Search

- Veb Shipping
- ook a Pick-up
- racking
- rder Supplies
- HL Interactive
- rade Automation Service

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8352761432 | Boston, MA - USA | Tehran - Iran (Islamic Republic of) | Shipment on hold |

8352761432 - Detailed Report

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| April 15, 2005 | 20:36 | Boston, MA - USA | Shipment picked up |
| April 16, 2005 | 01:53 | Cincinnati Hub, OH - USA | Transferred through Cincinnati Hub - USA |
| April 16, 2005 | 06:22 | Cincinnati Hub, OH - USA | Departed from DHL facility in Cincinnati Hub - USA |
| April 17, 2005 | 14:10 | Bahrain - Bahrain | Arrived at DHL facility in Bahrain - Bahrain |
| April 17, 2005 | 17:09 | Bahrain - Bahrain | Departed from DHL facility in Bahrain - Bahrain |
| April 17, 2005 | 19:17 | Express Logistics Centre, Dubai - United Arab Emirates | Arrived at DHL facility in Express Logistics Centre, Dubai - United Arab Emirates |
| April 17, 2005 | 22:40 | Express Logistics Centre, Dubai - United Arab Emirates | Departed from DHL facility in Express Logistics Centre, Dubai - United Arab Emirates |
| April 18, 2005 | 06:29 | Tehran - Iran (Islamic Republic of) | Arrived at DHL Facility |
| April 19, 2005 | 10:21 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 20, 2005 | 08:04 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 21, 2005 | 09:21 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 23, 2005 | 09:40 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 24, 2005 | 08:33 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| April 25, 2005 | 08:43 | Tehran - Iran (Islamic Republic of) | Shipment on hold |

Try a new search.

©2005 ▶ DHL International GmbH. All Rights Reserved

**Georgia Asimakopoulos**

**From:** Aaron Bachler (DHL US) [Aaron.Bachler@dhl.com]
**Sent:** Friday, April 22, 2005 1:09 PM
**To:** Georgia Asimakopoulos
**Subject:** airbill 8352761432

The shipment was refused by the receiver on or about April 19. Our DHL facility has indicated they are needing a contact name or phone number for the receiver. Currently the shipment is on hold at our DHL facility in Tehran.

Aaron Bachler
Shipment Inquiry Agent
1-866-345-5758
Email: Aaron.Bachler@dhl.com
Fax: 1-928-832-8682



FROM: **Stacie Downton**

DATE: 4-25-05

PHONE: (877) 297-6031 EXT. **4925**

FAX: (928) 223-9573

COMPANY: _____

CONTACT: Georgia

(DOM) / INTL (CIRCLE ONE)

FAX #: 617-951-2819

DHL AIRWAYBILL #: 8352761421

THERE ARE ___1___ PAGES ATTACHED TO THIS COVER PAGE.

_____  HARD COPY PROOF OF DELIVERY
                 SEE LINE # _____

_____  REQUESTED LETTER

_____  COPY OF DHL AIRWAYBILL

_____  MISCELLANEOUS

_____  REQUEST FOR ADDITIONAL INFORMATION

COMMENTS:
_____
_____
_____
_____

*PLEASE CALL ME IF I CAN BE OF FURTHER ASSISTANCE!*



April 25, 2005

Looney & Grossman LLP
Attention: Georgia J Asimakopos
101 Arch St Flr.9
Boston MA 02110
Fax 617-951-2819

| | |
|---|---|
| Airwaybill | 8352761421 |
| Date Shipped | April 15, 2005 |
| Shipper | Looney & Grossman LLP |
| Consignee | Islamic Republic Of Iran |
| City, State, Zip | Tehran |
| Country | Iran |

Dear Ms. Asimakopos,

In response to your inquiry concerning the above referenced shipment, DHL Express has traced this shipment through our shipping cycle and has ascertained the following:

The receiver for Ministry Affairs in Iran has refused to accept this shipment. Please give instructions on how to proceed with this shipment.

DHL sincerely regrets any inconvenience that may have resulted with regards to this shipment. We value our relationship with our customers and hope you will allow us to continue providing services to your company.

Sincerely,


Stacie Downton
Service Inquiry Representative