| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jenny Rubin et al. | 1:05-mc-10079-GAO |
| DEFENDANT | TYPE OF PROCESS |
| The Islamic Republic of Iran et al. | Trustee Process Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Harvard University, President and Fellows of Harvard College, Harvard University Art Museums, Busch-Reisinger Museum, Fogg Art Museum, Sackler Museum, Semitic Museum and Peabody Museum of Archaeology and Ethnology

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Holyoke Center, 1350 Massachusetts Avenue, Room 980, Cambridge, MA 02138

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard J. Grahn, Esq.
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02210

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Estimated Times Available for Service: Monday – Friday 9:00 am – 5:00 pm
Main Telephone Number of General Counsel: (617) 495-1280

[RECEIVED 2005 APR 32 P 1:54 U.S. MARSHAL SERVICE BOSTON MA]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (617) 951-2800
DATE: 5/2/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Salerno | Date: 5/2/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): MARY ANN Mendes off [illegible]

Address (complete only if different than shown above): [illegible]

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/16/05   Time: 10:40 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 7.20 | — | 52.20 | | | |

REMARKS:

1 lvr

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN,<br>DEBORAH RUBIN,<br>DANIEL MILLER,<br>ABRAHAM MENDELSON,<br>STUART E. HERSCH,<br>RENAY FRYM,<br>NOAM ROZENMAN,<br>ELENA ROZENMAN and<br>TZVI ROZENMAN<br><br>        Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>(a/k/a Iran, The Republic of Iran, Republic of Iran,<br>The Government of Iran, Iranian Government, and<br>Imperial Government of Iran), et al.<br><br>        Defendants – Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation<br>(a/k/a Boston MFA), HARVARD UNIVERSITY,<br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE, HARVARD UNIVERSITY ART MUSEUMS,<br>BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM,<br>SACKLER MUSEUM, SEMITIC MUSEUM, and<br>PEABODY MUSEUM OF ARCHAEOLOGY AND<br>ETHNOLOGY<br><br>        Trustee Process Defendants. | Case No.:<br>1:05-mc-10079-GAO |

**SUMMONS TO TRUSTEE PROCESS DEFENDANTS HARVARD UNIVERSITY, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, THE HARVARD UNIVERSITY ART MUSEUMS, THE BUSCH-REISINGER MUSEUM, THE FOGG ART MUSEUM, THE SACKLER MUSEUM, THE SEMITIC MUSEUM, <u>AND THE PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY</u>**

To the above-named Trustee Process Defendants:
    Harvard University,
    The President and Fellows of Harvard College,
    The Harvard University Museums,
    The Busch-Reisinger Museum,
    The Fogg Art Museum,
    The Sackler Museum,
    The Semitic Museum, and
    The Peabody Museum of Archaeology and Ethnology

    Holyoke Center, 1350 Massachusetts Avenue, Room 980, Cambridge, Massachusetts 02138

    You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, an answer under oath disclosing what goods, effects or credits, if any, of the following defendants: **The Islamic Republic of Iran**, Khomeini Avenue, United Nations Street, Teheran, Iran; **The Iranian Ministry of Information & Security**, Pasdaran Avenue, Golestan Yekom, Teheran, Iran; **Ayatollah Ali Hoseini Khamenei**, Supreme Leader of the Islamic Republic of Iran, Office of the Supreme Leader, Palestine Street, Teheran, Iran; **Ali Akbar Hashemi-Rafsanjani**, Former President of the Islamic Republic of Iran, Presidential Office, Palestine Street, Teheran, Iran; and **Ali Fallahian-Khuzestani**, Former Minister of Information and Security, Ministry of Information and Security, Pasdaran Avenue, Golestan Yekom, Teheran, Iran, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon said judgment as the plaintiffs, whose attorney is **Richard J. Grahn, Esq., Looney & Grossman LLP, 101 Arch Street, Boston, Massachusetts 02110**, have recovered in the action brought against said defendants in the United States District Court for the District of Columbia, Civil Action No. 01-1655 (RMU), and domesticated in the United States District Court for the District of Massachusetts, Civil Action No. 1:05-mc-10079-GAO, to the value of **$258,600,999.00**. Such goods, effects, or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

    If the credits of the said defendants which are in your hands or possession include wages for personal labor or personal services of said defendants, you are hereby notified that an amount not exceeding $125 per week of such wages is exempt from this attachment and you are directed to pay over such exempted amount to said defendants in the same manner and at the same time as each such amount would have been paid if this attachment had not been made. You are further notified that said defendants-employee may have a greater exemption under federal law than is granted under Massachusetts law. See Title III of the Federal Consumer Credit Protection Act, 15 U.S.C.A. § 1673.

    If the said credits include a pension payable to said defendants which is not

otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100 for each week which has elapsed since the last preceding payment under such pension was payable to said defendants and $100 per week hereafter are exempt from this attachment, and you are directed to pay over such exempted amounts to said defendants in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association or any other banking institution doing business in the Commonwealth, and if the credits of the said defendants in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws c. 246, s. 28A, $500 owned by the said defendants (if a natural person) are exempt from this attachment (a joint account is to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust or organization shall be entitled to this exemption and no natural person shall be entitled to more than a $500 exemption at any one time.

The Order and Judgment in this case was entered on September 10, 2003 in the United States District Court for the District of Columbia, and domesticated in the United States District Court for the District of Massachusetts on February 10, 2005. This attachment was approved on April _____, 2005 by O'Toole, J., in the amount of **$258,600,999.00**.

WITNESS /s/ George A. O'Toole , on 4/28/05 (date).
George A. O'Toole, Jr.
United States District Judge

_____
(Clerk)

(SEAL)

PROOF OF SERVICE ON TRUSTEE

    I hereby certify and return that on _____ I served a copy of the within summons upon the within named trustee, in the following manner:

_____
(Signature)

_____
(Name and title)

_____
(Address)

To Process Server:

Note:

(1) Promptly after the service of the trustee summons upon the trustee or trustees, a copy of the trustee summons with your return must be served upon the defendants in the manner provided by Rule 5.

(2) Please place the date you make service on the trustee in the box on the copy served on the trustee, on the original returned to the court, and on the copy returned to the person requesting service or his attorney.