**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JENNY RUBIN, <br> DEBORAH RUBIN, <br> DANIEL MILLER, <br> ABRAHAM MENDELSON, <br> STUART E. HERSCH, <br> RENAY FRYM, <br> NOAM ROZENMAN, <br> ELENA ROZENMAN and <br> TZVI ROZENMAN <br><br>     Plaintiffs — Judgment Creditors, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br> (a/k/a Iran, The Republic of Iran, Republic of Iran, <br> The Government of Iran, Iranian Government, and <br> Imperial Government of Iran), <br> THE IRANIAN MINISTRY OF INFORMATION <br> AND SECURITY, <br> AYATOLLAH ALI HOSEINI KHAMENEI, <br> ALI AKBAR HASHEMI-RAFSANJANI and <br> ALI FALLAHIAN-KHUZESTANI <br><br>     Defendants – Judgment Debtors, <br><br> v. <br><br> MUSEUM OF FINE ARTS, a not-for-profit corporation <br> (a/k/a Boston MFA), HARVARD UNIVERSITY, <br> PRESIDENT AND FELLOWS OF HARVARD <br> COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, <br> BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, <br> SACKLER MUSEUM, SEMITIC MUSEUM, and <br> PEABODY MUSEUM OF ARCHAEOLOGY AND <br> ETHNOLOGY <br><br>     Trustee Process Defendants. | Case No.: 1:05-mc-10079-GAO |

## Notice of Appearance

Please enter my appearance as counsel for plaintiffs, Rubin et. al.

        Rubin et. al.

        By their Attorney,

        <u>/s/ Georgia Asimakopoulos</u>
        Georgia J. Asimakopoulos (BBO#658232)
        Looney & Grossman LLP
        101 Arch Street
        Boston, MA  02110
        (617) 951-2800

Dated:  May 20, 2005