UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al.<br>      Plaintiffs—Judgment Creditors<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br>      Defendants—Judgment Debtors<br><br>v.<br><br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br>      Trustee Process Respondents. | Case No.:<br>1:05-mc-10079-GAO |

## NOTICE OF APPEARANCE OF MARK C. FLEMING

Mark C. Fleming appears for Trustee Process Respondents Harvard University, the President and Fellows of Harvard College, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum.

/s/ Mark C. Fleming
Mark C. Fleming (BBO #639358)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6000
Fax: (617) 526-5000
mark.fleming@wilmerhale.com

Dated: June 1, 2005