UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al.<br>            Plaintiffs—Judgment Creditors<br>v.<br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br>            Defendants—Judgment Debtors<br>v.<br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br>            Trustee Process Respondents. | Case No.:<br>1:05-mc-10079-GAO<br><br>**STIPULATION** |

Trustee process respondents Harvard University, the President and Fellows of Harvard College, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum (collectively "Harvard respondents") were served with a Summons to Trustee Process on May 16, 2005. The Summons was signed by this Court on April 28, 2005. Pursuant to Fed. R. Civ. P. 69, a response to the summons is due to be filed in this Court by Monday, June 6, 2005. Plaintiffs and the Harvard respondents parties hereby stipulate, through their undersigned counsel, that the Harvard respondents will have until Monday, June 27, 2005, to file their answer to the Summons.

| | |
|---|---|
| /s/ Richard J. Grahn | /s/ Mark C. Fleming |
| | |
| Richard J. Grahn (BBO # 206620) | Mark C. Fleming (BBO #639358) |
| Edward V. Colbert, III (BBO # 566187) | WILMER CUTLER PICKERING |
| Georgia J. Asimakopoulos (BBO # 658232) |    HALE AND DORR LLP |
| LOONEY & GROSSMAN LLP | 60 State Street |
| 101 Arch Street | Boston, MA 02109 |
| Boston, MA 02110 | Tel.: (617) 526-6000 |
| (617) 951-2800 | Fax: (617) 526-5000 |
| | mark.fleming@wilmerhale.com |
| Counsel for Plaintiffs | Of Counsel: |
| | Paul R.Q. Wolfson |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 2445 M Street N.W. |
| | Washington, DC 20037 |
| | Tel.: (202) 663-6390 |
| | Fax: (202) 663-6363 |
| | paul.wolfson@wilmerhale.com |
| | Counsel for Harvard Parties |

Dated: June 1, 2005

APPROVED:

Harvard respondents shall have until June 27, 2005, to file their response to the Summons to Trustee Process.

_____

George A. O'Toole, Jr.
United States District Judge

Dated: _____