## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROSENMAN, | ) ) ) ) ) ) ) Case No.: 1:05-MC-10079 |
| Plaintiffs — Judgment Creditors, | ) ) ) |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran), THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants — Judgment Debtors, | ) ) ) |
| v. | ) ) |
| MUSEUM OF FINE ARTS, a not-for-profit corporation (a/k/a Boston MFA), HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, SACKLER MUSEUM, SEMITIC MUSEUM, and PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Trustee Process Defendants. | ) ) |

## VERIFIED RESPONSE OF MUSEUM OF FINE ARTS
## TO JUDGMENT CREDITORS' SUMMONS

The Museum of Fine Arts (the "MFA") responds pursuant to Rule 69 of the Federal Rules of Civil Procedure to the Judgment Creditors' Summons served upon it May 16, 2005:

MFA has no goods, effects or credits of the Islamic Republic of Iran or any other Judgment Debtor in its possession and had no such goods, effects or credits in its possession at the time of service of the Summons as more fully set forth below:

MFA owns and has in its possession a number of properties that originated or are believed to have originated in Iran, but the Islamic Republic of Iran and other Judgment Debtors have no ownership interest in such properties and have never asserted any such interest.

MFA also has in its possession one property that it received on permanent loan from the University of Chicago in 1937 that originated in Iran. On information and belief, this large stone relief of a lion attacking a bull was excavated by the University of Chicago at Persepolis and is owned by the University, and is not a good, effect or credit of the Islamic Republic of Iran or any other Judgment Debtor.

MFA additionally has in its possession three musical instruments loaned to it by the Boston Symphony Orchestra in 2000 that are believed to have originated in Iran. On information and belief, these properties are owned by the Boston Symphony Orchestra, which received the properties from a donor, and are not goods, effects or credits of the Islamic Republic of Iran or any other Judgment Debtor.

Since the time any property believed to have originated in Iran came into the possession of MFA, it has had no communications with the Islamic Republic of Iran or any other Judgment Debtor concerning such property, and specifically MFA has had no such communication relating to the ownership or use of such property.

Any property in the possession of MFA also could not be "taken on execution issued upon said judgment as the plaintiffs . . . have recovered . . . . in the United States District Court for the District of Columbia" (Summons p.2) even if, contrary to fact, the Islamic Republic of Iran owned such property, because the Islamic Republic of Iran has not used any such property "for a commercial activity in the United States" within the meaning of 28 U.S.C. § 1610(a). *See also Rubin v. Islamic Republic of Iran*, 349 F. Supp. 2d 1108 (N.D. Ill. 2004); *see generally* Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1602 *et seq* .

June 3, 2005

_____
Kenneth D. Small BBO#: 567868
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA  02110
Tel: (617) 646-2000
Fax: (617) 646-2222

William D. Iverson
Jason M. Knott
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 662-6000
Fax: (202) 778-5549

James C. Snipes
COVINGTON & BURLING
One Front Street
San Francisco, CA 94111
Tel: (415) 591-7071
Fax: (415) 381-4290

*Attorneys for Museum of Fine Arts*

## VERIFICATION

I, Katherine G. Getchell, the Deputy Director, Curatorial of the Museum of Fine

Arts, declare under penalty of perjury that the foregoing statements of fact are true and correct

based upon my personal knowledge or information supplied to me by other employees of the

Museum of Fine Arts.  Executed on June 3, 2005.

Katherine G. Getchell