UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROSENMAN,<br><br>    Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran), THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI,<br><br>    Defendants — Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation (a/k/a Boston MFA), HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, SACKLER MUSEUM, SEMITIC MUSEUM, and PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY,<br><br>    Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

## RULE 7.1 DISCLOSURE STATEMENT OF TRUSTEE PROCESS DEFENDANT MUSEUM OF FINE ARTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the Museum of Fine Arts, Trustee Process Defendant in the above-captioned case, states that it is a nonprofit corporation and no publicly held company holds 10% or more of the corporation's membership interest.

By filing this Corporate Disclosure Statement, this party does not waive any defenses to the Summons, including but not limited to lack of personal jurisdiction.

June 3, 2005

    SHERIN AND LODGEN LLP

    __/s/ Kenneth D. Small_____

    Kenneth D. Small BBO#: 567868
    101 Federal Street
    Boston, MA  02110
    Tel: (617) 646-2000
    Fax: (617) 646-2222

    William D. Iverson
    Jason M. Knott
    COVINGTON & BURLING
    1201 Pennsylvania Avenue, N.W.
    Washington, DC  20004
    Tel: (202) 662-6000
    Fax: (202) 778-5549

    James C. Snipes
    COVINGTON & BURLING
    One Front Street
    San Francisco, CA 94111
    Tel: (415) 591-7071
    Fax: (415) 381-4290

    *Attorneys for Trustee Process Defendant Museum of Fine Arts*