UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al.<br>　　　　Plaintiffs—Judgment Creditors<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br>　　　　Defendants—Judgment Debtors<br><br>v.<br><br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br>　　　　Trustee Process Respondents. | Case No.:<br>1:05-mc-10079-GAO |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF PAUL R.Q. WOLFSON

　　　　Pursuant to Local Rule 83.5.3(b), Trustee Process Respondents Harvard University, the President and Fellows of Harvard College, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum ("Harvard Respondents"), by their undersigned attorney, hereby move for the admission *pro hac vice* of their counsel, Paul R.Q. Wolfson.  As grounds therefor, Harvard Respondents state:

　　　　1.　　Paul R.Q. Wolfson is an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and is a member in good standing of the District of Columbia Bar; he is admitted to practice before the District of Columbia Court of Appeals.

　　　　2.　　In support of its motion, the Harvard Respondents submit as Exhibit A attached herewith the Certificate of Paul R.Q. Wolfson In Support Of Motion For Admission Pro Hac Vice, establishing that he is either a member in good standing of the Bar in every jurisdiction in

1

which he has been admitted to practice or has voluntarily taken inactive status because he does not practice in that jurisdiction; that there are no disciplinary proceedings pending against him in any jurisdiction; and that he is familiar with the local rules of this Court.

>Respectfully submitted,
>
>HARVARD UNIVERSITY, THE PRESIDENT
>AND FELLOWS OF HARVARD COLLEGE,
>HARVARD UNIVERSITY ART MUSEUMS,
>THE BUSCH-REISINGER MUSEUM, THE
>FOGG ART MUSEUM, THE SACKLER
>MUSEUM, THE SEMITIC MUSEUM,
>AND THE PEABODY MUSEUM
>
>By its attorney,
>
>/s/ Mark C. Fleming _____
>Mark C. Fleming (BBO #639358)
>WILMER CUTLER PICKERING HALE AND
>DORR LLP
>60 State Street
>Boston, MA  02109
>Tel: (617) 526-6000
>Fax: (617) 526-5000
>mark.fleming@wilmerhale.com

Dated: June 8, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2) that the moving party has conferred with opposing counsel on the matters set forth in the foregoing motion and that plaintiffs have assented to this motion.

>/s/ Mark C. Fleming_____
>Mark C. Fleming

US1DOCS 5143892v1

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al.<br>　　　　Plaintiffs—Judgment Creditors<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br>　　　　Defendants—Judgment Debtors<br><br>v.<br><br>MUSEUM OF FINE ARTS, HARVARD<br>UNIVERSITY, et al.<br>　　　　Trustee Process Respondents. | Case No.:<br>1:05-mc-10079-GAO |

**CERTIFICATE OF PAUL R.Q. WOLFSON
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Paul R.Q. Wolfson, hereby certify pursuant to Local Rule 83.5.3(b) that:

1. I am an attorney admitted to practice before the District of Columbia Court of Appeals; the United States Supreme Court; the United States Courts of Appeals for the D.C., Second, Third, Fourth, Sixth, Eighth, and Federal Circuits; and the United States District Court for the District of Columbia.

2. I am a member of the bar in good standing in each of the above jurisdictions. In addition, I was admitted to practice before the Supreme Court of Pennsylvania but have voluntarily taken inactive status because I do not practice in the state courts of Pennsylvania.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I represent the Trustee Process Respondents Harvard University, the President and Fellows of Harvard College, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum in this action.

/s/ Paul R.Q. Wolfson
Paul R.Q. Wolfson

Dated: June 8, 2005