UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROSENMAN, | ) ) ) ) ) ) ) |
| Plaintiffs —Judgment Creditors, | ) Case No.: 1:05-MC-10079 ) ) |
| v. | ) ) |
| THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran), THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI, | ) ) ) ) ) ) ) ) ) ) |
| Defendants — Judgment Debtors, | ) ) |
| v. | ) ) |
| MUSEUM OF FINE ARTS, a not-for-profit corporation (a/k/a Boston MFA), HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, SACKLER MUSEUM, SEMITIC MUSEUM, and PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY, | ) ) ) ) ) ) ) ) ) ) ) |
| Trustee Process Defendants. | ) |

00071918.DOC /

## NOTICE OF APPEARANCE OF
## ROBERT J. MULDOON, JR.

Please enter the appearance of Robert J. Muldoon, Jr. of the law firm Sherin and Lodgen LLP as counsel for Trustee Process Defendant Museum of Fine Arts.

        MUSEUM OF FINE ARTS

        By its attorney,

        /s/ Robert J. Muldoon, Jr.
        Robert J. Muldoon, Jr. BBO#: 359480
        Sherin and Lodgen LLP
        101 Federal Street
        Boston, Massachusetts 02110
        (617) 646-2000

Dated: June 21, 2005

00071918.DOC /