UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al.<br>    Plaintiffs—Judgment Creditors<br>v.<br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br>    Defendants—Judgment Debtors<br>v.<br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br>    Trustee Process Respondents. | Case No.:<br>1:05-mc-10079-GAO |

**MOTION OF HARVARD PARTIES TO QUASH SUMMONS AND
TO DISSOLVE ATTACHMENT BY TRUSTEE PROCESS**

Pursuant to Local Rule 7.1, Trustee Process Respondents Harvard University, the President and Fellows of Harvard College, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum ("Harvard parties"), by their undersigned attorney, respectfully move this Court to quash the summons issued to the Harvard parties in this case and to dissolve the attachment by trustee process against the Harvard parties in this case.[1]  The grounds for this motion are set forth in the accompanying memorandum of law, exhibits, and declarations.

---

[1] Harvard Unversity, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum are not legal entities subject to suit. The President and Fellows of Harvard College is the legal entity that comprises the various named schools and museums and is the only proper party to this litigation. *See* Berkman Declaration. Accordingly, all parties other than the President and Fellows of Harvard College should be dismissed from this proceeding.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the Harvard parties request that oral argument be granted to assist the Court in its consideration and disposition of this motion.

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

The undersigned certifies pursuant to Local Rule 7.1(a)(2) that the moving party has conferred with opposing counsel on the matters set forth in the foregoing motion, and that plaintiffs/judgment creditors have not assented to this motion.

Respectfully submitted,

THE PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By its attorneys,

/s/ Paul R.Q. Wolfson
Paul R.Q. Wolfson (admitted pro hac vice)
Mark C. Fleming (BBO #639358)

WILMER CUTLER PICKERING
   HALE AND DORR LLP
2445 M Street NW
Washington DC 20037
Tel: (202) 663-6390
Fax: (202) 663-6363
Paul.wolfson@wilmerhale.com

Dated: June 27, 2005