UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al. | ) |
|     Plaintiffs–Judgment Creditors, | ) |
| v. | ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al. | ) Case No.: |
|     Defendants–Judgment Debtors, | ) 1:05-MC-10079-GAO |
| v. | ) |
| MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al. | ) |
|     Trustee Process Respondents. | ) |

## DECLARATION OF ELLEN FELS BERKMAN

I, Ellen Fels Berkman, declare and state as follows:

1. I am a University Attorney for President and Fellows of Harvard College, commonly referred to as Harvard University. I have held this position since January 2004.

2. As University Attorney, I am familiar with the legal and organizational structure of Harvard, including the relationship of the various schools and entities collectively known as Harvard University.

3. The legal entity responsible for operation of the various schools and entities collectively known as Harvard University is the President and Fellows of Harvard College. The President and Fellows of Harvard College is a non-profit corporation incorporated under Massachusetts law. It has no parent corporation.

1

4. Harvard University, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, and the Peabody Museum have no corporate existence and are not legal entities subject to suit. They are either titles of convenience or administrative entities within the President and Fellows of Harvard College.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Cambridge, Massachusetts, on June 27, 2005.

*Ellen Fels Berkman*
Ellen Fels Berkman