UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al. | ) |
| Plaintiffs–Judgment Creditors, | ) |
| v. | ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al. | ) Case No.: |
| Defendants–Judgment Debtors, | ) 1:05-MC-10079-GAO |
| v. | ) |
| MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al. | ) |
| Trustee Process Respondents. | ) |

## DECLARATION OF GENEVIEVE FISHER

I, Genevieve Fisher, declare and state as follows:

1. I am Registrar of Harvard University's Peabody Museum of Archaeology and Ethnology ("Museum"). I have held this position since 1990.

2. As Registrar for the Peabody Museum, my duties include overseeing the accessioning, borrowing, lending, and registration of artifacts and other materials in the Museum collection, as well as the organization and maintenance of records pertaining to the provenance, acquisition, and accession of artifacts and other materials in the Museum collection.

3. As Registrar for the Peabody Museum, I am in a position to speak to the content of records held by the Museum about the provenance of items in the collection, as well as the uses that are or have been made of items in the Museum's collections, and communications that the

1

Museum has had with other entities about items in the Museum's collections. All of the statements in this declaration are based either on my personal knowledge, on information that I have obtained from other employees of the Museum, or on my personal review of documents relating to the Museum's acquisition of Iranian antiquities in its collection.

4. Harvard University is a non-profit institution, dedicated to education and research. The mission of the Peabody Museum is to preserve, document, present, interpret, and strengthen the collections and resources in its care, and in keeping with the larger purposes of Harvard University, to advance the knowledge and appreciation of art and art museums through research, teaching, professional training and public education.

5. All of the Iranian antiquities in the possession of the Museum are either the property of Harvard University or are on loan to Harvard University from private collections or other institutions outside Iran. By "Iranian antiquities" I refer to all objects predating approximately 500 C.E. that were excavated or discovered within the boundaries of present-day Iran or reflect civilizations and cultures from before approximately 500 C.E. that were located within the boundaries of present-day Iran.

6. To the best of my knowledge, no artifact in the possession of the Museum is the property of the Islamic Republic of Iran, the Iranian Ministry of Information & Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani, or Ali Fallahian-Khuzestani. The Museum has no records of any purchases, loans, or any other agreements that would suggest that any of the Iranian antiquities in the possession of the Museum, or indeed any artifact in the possession of the Museum, is the property of the government of Iran or any of its instrumentalities or entities. The Museum has no records of any purchases, loans, or any

other agreements that would suggest that any artifact in the possession of the Museum is the property of the government of Iran or any of its instrumentalities or entities.

7. The overwhelming majority of the Peabody Museum's holdings of Iranian antiquities were acquired through research excavations in Iran, undertaken either by Harvard University or by another scholarly organization. The largest single collection of Iranian material, estimated at 400,000 objects, derives from the Museum's expeditions in 1967-1975 to Tepe Yahya, Iran, and represents the Museum's share of the legal division of finds from those expeditions. A large proportion of the Peabody's remaining holdings represent earlier systematic collections intended to form a "reference library" of sherd types.

8. To the best of my knowledge, at no point prior to the filing of the attachment proceeding in this case, on April 28, 2005, did any representative of the Rubin parties approach any employee of the Peabody Museum to determine whether any Iranian antiquities in the collection of the Museum might be the property of the Islamic Republic of Iran, the Iranian Ministry of Information & Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani, or Ali Fallahian-Khuzestani.

9. To the best of my knowledge, neither the Government of Iran nor any of Iran's instrumentalities or officials, including the Iranian Ministry of Information & Security, Ayatollah Ali Hoseini Khamenei, Ali Akbar Hashemi-Rafsanjani, or Ali Fallahian-Khuzestani, has ever asserted a claim of ownership to any the Iranian antiquities in the possession of the Peabody Museum. Neither Harvard University nor the Peabody Museum in particular has ever been asked to return any of the Iranian antiquities in the possession of the Museum to Iran.

10. To the best of my knowledge, Iran has not used any of the Iranian antiquities in the Museum's possession for a commercial activity (or, indeed, for any activity) in the United States. As far as I am aware, nothing in the Museum's records suggests that Iran has made any use of the Iranian antiquities in the Museum's collection since they came into Harvard's possession.

11. To the best of my knowledge, no one at Harvard or at the Peabody Museum in particular has ever communicated with the government of Iran or with any of its agencies or officials about the uses to which the Iranian antiquities in its collection are put. We have never taken direction from the Iranian government or people associated with the government about such uses. Nor has Harvard or the Peabody Museum remitted any funds to the government of Iran or its agencies or officials for any purpose arising out of Harvard's or the Museum's possession or use of its Iranian antiquities.

12. The Museum has no current plans to lend any of the Iranian antiquities in its collection to any other institution, and in particular has no plans to lend any of these materials to the British Museum for the upcoming exhibition of Persian art identified on p. 6 of the Memorandum in Support of Plaintiffs' Motion for Order of Attachment by Trustee Process. Thus, there is no basis for any speculation that any of the Iranian antiquities in the collection of the Museum will be taken outside the jurisdiction of this Court.

US1DOCS 5156838v4

I declare under penalty of perjury that the foregoing is true and correct. Executed at Cambridge, Massachusetts, on June 23, 2005.

*[signature]*
Genevieve Fisher