UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JENNY RUBIN, et al.  )<br>   Plaintiffs—Judgment Creditors  )<br>  )<br>v.  )<br>  )<br>THE ISLAMIC REPUBLIC OF IRAN, et al.  )<br>   Defendants—Judgment Debtors  )<br>  )<br>v.  )<br>  )<br>MUSEUM OF FINE ARTS, HARVARD  )<br>UNIVERSITY, et al.  )<br>   Trustee Process Respondents.  )  | Case No.:<br>1:05-mc-10079-GAO |

**CORPORATE DISCLOSURE STATEMENT OF**

**TRUSTEE PROCESS RESPONDENTS HARVARD PARTIES**

Pursuant to Local Rule 7.3(A), Trustee Process Respondents Harvard University, the President and Fellows of Harvard College, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum ("Harvard parties"), state as follows:

The President and Fellows of Harvard College is a non-profit corporation with no parent corporation, and no publicly held company owns 10% or more of its stock. Harvard University, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum are not legal entities subject to suit. The President and Fellows of Harvard College is the legal entity that comprises the various named schools and museums and is the only proper party to this litigation.

Respectfully submitted,

THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

By its attorneys,

/s/ Paul R.Q. Wolfson
Paul R.Q. Wolfson (admitted pro hac vice)
Mark C. Fleming (BBO #639358)

WILMER CUTLER PICKERING
   HALE AND DORR LLP
2445 M Street NW
Washington DC 20037
Tel: (202) 663-6390
Fax: (202) 663-6363
Paul.Wolfson@wilmerhale.com

Dated: June 27, 2005