UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, <br> DEBORAH RUBIN, <br> DANIEL MILLER, <br> ABRAHAM MENDELSON, <br> STUART E. HERSCH, <br> RENAY FRYM, <br> NOAM ROZENMAN, <br> ELENA ROZENMAN and <br> TZVI ROZENMAN <br><br> Plaintiffs — Judgment Creditors, <br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br> (a/k/a Iran, The Republic of Iran, Republic of Iran, <br> The Government of Iran, Iranian Government, and <br> Imperial Government of Iran), et al. <br><br> Defendants – Judgment Debtors, <br> v. <br><br> MUSEUM OF FINE ARTS, a not-for-profit corporation <br> (a/k/a Boston MFA), HARVARD UNIVERSITY, <br> PRESIDENT AND FELLOWS OF HARVARD <br> COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, <br> BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, <br> SACKLER MUSEUM, SEMITIC MUSEUM, and <br> PEABODY MUSEUM OF ARCHAEOLOGY AND <br> ETHNOLOGY <br><br> Trustee Process Defendants. | Case No.: <br> 1:05-mc-10079-GAO |

**ASSENTED TO MOTION OF PLAINTIFFS FOR AN EXTENSION OF TIME TO OPPOSE TRUSTEE PROCESS DEFENDANTS' MOTION TO QUASH SUMMONS AND TO DISSOLVE ATTACHMENT BY TRUSTEE PROCESS**

Plaintiffs, Jenny Rubin et al., hereby request that this Court grant this Assented to Motion and allow the Plaintiffs an additional two weeks, to July 25, 2005, to respond to the Motion to Quash Summons and to Dissolve Attachment By Trustee Process filed by

L://13412/000/pld/12

Trustee Process Defendants Harvard University, President and Fellows of Harvard College, Harvard University Art Museums, Busch-Reisinger Museum, Fogg Art Museum, Sackler Museum, Semitic Museum, and Peabody Museum of Archaeology and Ethnology (collectively hereinafter the "President and Fellows of Harvard College"). Counsel for the President and Fellows of Harvard College has assented to this extension.

      WHEREFORE, the Plaintiffs respectfully request that this Court grant this Assented to Motion.

                Respectfully Submitted,
                Jenny Rubin, et al.

                By their attorneys,

                /s/ Richard J. Grahn
                Richard J. Grahn, Esq., (BBO #206620)
                Edward V. Colbert, III, Esq., (BBO #566187)
                Georgia J. Asimakopoulos, Esq., (BBO #658232)
                LOONEY & GROSSMAN LLP
                101 Arch Street
                Boston, MA 02110
                (617) 951-2800

                /s/ David J. Strachman
                David J. Strachman, Esq., (BBO #660136)
                McIntyre, Tate, Lynch & Holt
                321 South Main Street, Ste. 400
                Providence, RI  02903
                (401) 351-7700

ASSENTED TO BY,

THE PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By its attorneys,


 /s/ Mark Fleming (GJA)
Paul R.Q. Wolfson (admitted pro hac vice)
Mark C. Fleming (BBO#639358)
WILMER CUTLER PICKERING HALE AND
DORR LLP
2445 M Street NW
Washington DC  20037
(202) 663-6390


Dated:  July 8, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that the moving party has conferred with opposing counsel on the matters set forth in the foregoing motion and that opposing counsel has assented to this motion.


 /s/ Richard J. Grahn
Richard J. Grahn