# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN,<br>DEBORAH RUBIN,<br>DANIEL MILLER,<br>ABRAHAM MENDELSON,<br>STUART E. HERSCH,<br><br>RENAY FRYM,<br>NOAM ROZENMAN,<br>ELENA ROZENMAN and<br>TZVI ROZENMAN<br><br>    Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>(a/k/a Iran, The Republic of Iran, Republic of Iran,<br>The Government of Iran, Iranian Government, and<br>Imperial Government of Iran),<br>THE IRANIAN MINISTRY OF INFORMATION<br>AND SECURITY,<br>AYATOLLAH ALI HOSEINI KHAMENEI,<br>ALI AKBAR HASHEMI-RAFSANJANI and<br>ALI FALLAHIAN-KHUZESTANI<br><br>    Defendants – Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation<br>(a/k/a Boston MFA), HARVARD UNIVERSITY,<br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE, HARVARD UNIVERSITY ART MUSEUMS,<br>BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM,<br>SACKLER MUSEUM, SEMITIC MUSEUM, and<br>PEABODY MUSEUM OF ARCHAEOLOGY AND<br>ETHNOLOGY<br><br>    Trustee Process Defendants. | Case No.:<br> 1:05-MC-10079-GAO |

## AMENDED CERTIFICATE OF SERVICE

L://13412/000/Pld/17

I, Georgia J. Asimakopoulos, hereby certify as follows:

1.     On the 14th day of July, 2005, true and correct copies of the **(1) Summons and Process Receipt and Return to Trustee Process Defendants Harvard University, The President and Fellows of Harvard College, The Harvard University Art Museums, The Busch-Reisinger Museum, The Fogg Art Museum, The Semitic Museum, and The Peabody Museum of Archaeology and Ethnology** and the **(2) Summons and Process Receipt and Return to Trustee Process Defendant The Museum of Fine Arts,** (the "Summons and Return") in the matter of <u>Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al.</u>, were served on The Islamic Republic of Iran and The Iranian Ministry of Information and Security (the "Defendants—Judgment Debtors"), via DHL courier service, at the following locations:

>The Islamic Republic of Iran
>C/O Foreign Minister Kamal Kharazzi
>Ministry of Foreign Affairs
>Khomeini Avenue
>United Nations Street
>Teheran, Iran

>Iranian Ministry of Information & Security
>Pasadaran Avenue
>Golestan, Yekom
>Teheran, Iran

>The Iranian Ministry of Foreign Affairs
>Ebn e Sina Street
>Emam Khomeini Square
>Teheran, Iran

2.  True and correct copies of the Summons and Return were served on the Defendants—Judgment Debtors, via Federal Express mail on the 14th day of July, 2005 and via facsimile on the 15th day of July, 2005 at the following locations:

> Salam Iran
> Embassy of the Islamic Republic of Iran
> 245 Metcalfe Street
> Ottawa, ON
> Canada, K2P 2K2
> Facsimile: (613) 232-5712
>
> Interests Section of the Islamic Republic of Iran
> Embassy of Pakistan
> 2209 Wisconsin Avenue, N.W.
> Washington, D.C. 20007
> Facsimile: (202) 965-1073

3.  True and correct copies of the Summons and Return were served on the Defendants—Judgment Debtors, via Federal Express mail on the 22nd day of July, 2005 at the following location:

> United Nations
> H.E. Dr. Mohammad Javad Zarif
> Permanent Representative of the Islamic Republic of Iran to the United Nations
> 622 Third Avenue
> New York, NY 10017

4.  Also enclosed with the Summons and Return were true and correct copies of the following pleadings that previously have been filed in the above captioned matter:

   1. Certification of Judgment for Registration in Another District
   2. Plaintiffs' Motion for Order of Attachment by Trustee Process
   3. Memorandum in Support of Plaintiff's Motion for Order of Attachment by Trustee Process
   4. Certificate Regarding Trustee Process
   5. Affidavit of David J. Strachman
   6. Affidavit of Georgia Asimakopoulos
   7. Stipulation

L://13412/000/Pld/17

8. Verified Response of Museum of Fine Arts to Judgment Creditors' Summons
9. Rule 7.1 Disclosure Statement of Trustee Process Defendant Museum of Fine Arts
10. Plaintiffs' Request for Production of Documents to the Museum of Fine Arts
11. Plaintiffs' Request for Production of Documents to Harvard University, President and Fellows of Harvard College, Harvard University Art Museums, Busch-Reisinger Museum, Fogg Art Museum, Sackler Museum, Semitic Museum, and Peabody Museum of Archaeology & Technology
12. Trustee Process Respondents Harvard Parties' Answer in Response to Judgment Creditors Summons
13. Declaration of James A. Armstrong
14. Declaration of Luann Wilkins Abrahams
15. Declaration of Genevieve Fisher
16. Motion of Harvard Parties to Quash Summons and to Dissolve Attachment by Trustee Process
17. Memo of Law of Harvard parties in Support of Motion to Quash Summons and to Dissolve Attachment by Trustee Process with Exhibits A, B & C.
18. Declaration of Ellen Fels Berkman
19. Corporate Disclosure Statement of Trustee Process Respondents Harvard Parties
20. Assented to Motion of Plaintiffs for an Extension of time to Oppose Trustee Process Defendants' Motion to Quash Summons and to Dissolve Attachment by Trustee Process

/s/ Georgia J. Asimakopoulos
Georgia J. Asimakopoulos

L://13412/000/Pld/17