## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JENNY RUBIN,<br>DEBORAH RUBIN,<br>DANIEL MILLER,<br>ABRAHAM MENDELSON,<br>STUART E. HERSCH,<br><br>RENAY FRYM,<br>NOAM ROZENMAN,<br>ELENA ROZENMAN and<br>TZVI ROZENMAN<br><br>              Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>(a/k/a Iran, The Republic of Iran, Republic of Iran,<br>The Government of Iran, Iranian Government, and<br>Imperial Government of Iran),<br>THE IRANIAN MINISTRY OF INFORMATION<br>AND SECURITY,<br>AYATOLLAH ALI HOSEINI KHAMENEI,<br>ALI AKBAR HASHEMI-RAFSANJANI and<br>ALI FALLAHIAN-KHUZESTANI<br><br>              Defendants – Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation<br>(a/k/a Boston MFA), HARVARD UNIVERSITY,<br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE, HARVARD UNIVERSITY ART MUSEUMS,<br>BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM,<br>SACKLER MUSEUM, SEMITIC MUSEUM, and<br>PEABODY MUSEUM OF ARCHAEOLOGY AND<br>ETHNOLOGY<br><br>              Trustee Process Defendants. | Case No.:<br>1:05-MC-10079-GAO |

---

## AFFIDAVIT OF GEORGIA J. ASIMAKOPOULOS

Upon oath, Georgia J. Asimakopoulos deposes and states as follows:

1.    I am an attorney admitted to practice in the Commonwealth of Massachusetts and admitted to practice before this Court.  I work at the law offices of Looney & Grossman LLP, 101 Arch Street, Boston, Massachusetts, 02110.  I represent the plaintiffs, Jenny Rubin et al., along with Richard J. Grahn, Esq. and Edward V. Colbert, Esq., in this proceeding.

2.    On July 14, 2005, I delivered copies of the following pleadings in the matter of <u>Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al.</u>, to The Iranian Ministry of Information & Security and The Islamic Republic of Iran (the "Defendants—Judgment Debtors") via DHL courier service, Tracking Nos. 835 2761 465, 835 2761 454 and 835 2761 443 and/or via Federal Express mail, Tracking Nos. 8323 6976 3469 and 7911 3638 5163, and/or via Facsimile on July 15, 2005:

      A.    **Summons and Process Receipt and Return to Trustee Process Defendants Harvard University, The President and Fellows of Harvard College, The Harvard University Art Museums, The Busch-Reisinger Museum, The Fogg Art Museum, The Semitic Museum, and The Peabody Museum of Archaeology and Ethnology; and**

      B.    **Summons and Process Receipt and Return to Trustee Process Defendant The Museum of Fine Arts**

3.    On July 22, 2005, I delivered copies of the above-referenced pleadings to Defendants— Judgment Debtors via Federal Express mail, Tracking No. 8323 6976 3470.

4.    Also enclosed with the above-referenced pleadings were true and correct copies of the following pleadings that previously have been filed in the above captioned matter:

      A.    Certification of Judgment for Registration in Another District
      B.    Plaintiffs' Motion for Order of Attachment by Trustee Process

| | |
|---|---|
| C. | Memorandum in Support of Plaintiff's Motion for Order of Attachment by Trustee Process |
| D. | Certificate Regarding Trustee Process |
| E. | Affidavit of David J. Strachman |
| F. | Affidavit of Georgia Asimakopoulos |
| G. | Stipulation |
| H. | Verified Response of Museum of Fine Arts to Judgment Creditors' Summons |
| I. | Rule 7.1 Disclosure Statement of Trustee Process Defendant Museum of Fine Arts |
| J. | Plaintiffs' Request for Production of Documents to the Museum of Fine Arts |
| K. | Plaintiffs' Request for Production of Documents to Harvard University, President and Fellows of Harvard College, Harvard University Art Museums, Busch-Reisinger Museum, Fogg Art Museum, Sackler Museum, Semitic Museum, and Peabody Museum of Archaeology & Technology |
| L. | Trustee Process Respondents Harvard Parties' Answer in Response to Judgment Creditors Summons |
| M. | Declaration of James A. Armstrong |
| N. | Declaration of Luann Wilkins Abrahams |
| O. | Declaration of Genevieve Fisher |
| P. | Motion of Harvard Parties to Quash Summons and to Dissolve Attachment by Trustee Process |
| Q. | Memo of Law of Harvard parties in Support of Motion to Quash Summons and to Dissolve Attachment by Trustee Process with Exhibits A, B & C. |
| R. | Declaration of Ellen Fels Berkman |
| S. | Corporate Disclosure Statement of Trustee Process Respondents Harvard Parties |
| T. | Assented to Motion of Plaintiffs for an Extension of time to Oppose Trustee Process Defendants' Motion to Quash Summons and to Dissolve Attachment by Trustee Process |

Attached as "Exhibit A" to this Affidavit is a copy of the Amended Certificate of Service referring to the delivery of the above-referenced pleadings.

5.    As of July 25, 2005, DHL's website tracking information indicates that shipments to the following locations were delivered:

<div align="center">

The Islamic Republic of Iran
C/O Foreign Minister Kamal Kharazzi
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Teheran, Iran

</div>

The Iranian Ministry of Foreign Affairs
Ebn e Sina Street
Emam Khomeini Square
Teheran, Iran

Iranian Ministry of Information & Security
Pasadaran Avenue
Golestan Yekom
Teheran, Iran

Attached as "Exhibit B" to this Affidavit are copies of the DHL tracking slips found on the

DHL website.

6.      As of July 25, 2005, Federal Express' website and tracking information indicates that

shipments to the following locations were delivered:

Salam Iran
Embassy of the Islamic Republic of Iran
245 Metcalfe Street
Ottawa, ON
Canada, K2P 2K2
Facsimile: (613) 232-5712

Interests Section of the Islamic Republic of Iran
Embassy of Pakistan
2209 Wisconsin Avenue, N.W.
Washington, D.C.  20007
Facsimile:  (202) 965-1073

United Nations
H.E. Dr. Mohammad Javad Zarif
Permanent Representative of The Islamic Republic of Iran
to the United Nations
622 Third Avenue
New York, NY  10017

Attached as "Exhibit C" to this Affidavit are copies of the Federal Express tracking slips found

on the Federal Express website.  Delivery to the above-referenced facsimile numbers was made

as of July 15, 2005 through several faxes in batches of documents.  Attached as "Exhibit D" to

this Affidavit are copies of the facsimile confirmation reports.

Signed this 25th day of July, 2005 under the Pains and Penalties of Perjury.

Georgia J. Asimakopoulos

**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN,<br>DEBORAH RUBIN,<br>DANIEL MILLER,<br>ABRAHAM MENDELSON,<br>STUART E. HERSCH,<br><br>RENAY FRYM,<br>NOAM ROZENMAN,<br>ELENA ROZENMAN and<br>TZVI ROZENMAN<br><br>        Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>(a/k/a Iran, The Republic of Iran, Republic of Iran,<br>The Government of Iran, Iranian Government, and<br>Imperial Government of Iran),<br>THE IRANIAN MINISTRY OF INFORMATION<br>AND SECURITY,<br>AYATOLLAH ALI HOSEINI KHAMENEI,<br>ALI AKBAR HASHEMI-RAFSANJANI and<br>ALI FALLAHIAN-KHUZESTANI<br><br>        Defendants – Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation<br>(a/k/a Boston MFA), HARVARD UNIVERSITY,<br>PRESIDENT AND FELLOWS OF HARVARD<br>COLLEGE, HARVARD UNIVERSITY ART MUSEUMS,<br>BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM,<br>SACKLER MUSEUM, SEMITIC MUSEUM, and<br>PEABODY MUSEUM OF ARCHAEOLOGY AND<br>ETHNOLOGY<br><br>        Trustee Process Defendants. | Case No.:<br>  1:05-MC-10079-GAO |

## AMENDED CERTIFICATE OF SERVICE

L://13412/000/Pld/17

I, Georgia J. Asimakopoulos, hereby certify as follows:

1.    On the 14th day of July, 2005, true and correct copies of the **(1) Summons and Process Receipt and Return to Trustee Process Defendants Harvard University, The President and Fellows of Harvard College, The Harvard University Art Museums, The Busch-Reisinger Museum, The Fogg Art Museum, The Semitic Museum, and The Peabody Museum of Archaeology and Ethnology** and the **(2) Summons and Process Receipt and Return to Trustee Process Defendant The Museum of Fine Arts,** (the "Summons and Return") in the matter of <u>Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al.,</u> were served on The Islamic Republic of Iran and The Iranian Ministry of Information and Security (the "Defendants—Judgment Debtors"), via DHL courier service, at the following locations:

The Islamic Republic of Iran
C/O Foreign Minister Kamal Kharazzi
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Teheran, Iran

Iranian Ministry of Information & Security
Pasadaran Avenue
Golestan, Yekom
Teheran, Iran

The Iranian Ministry of Foreign Affairs
Ebn e Sina Street
Emam Khomeini Square
Teheran, Iran

2.    True and correct copies of the Summons and Return were served on the Defendants—

Judgment Debtors, via Federal Express mail on the 14th day of July, 2005 and via facsimile on

the 15th day of July, 2005 at the following locations:

Salam Iran
Embassy of the Islamic Republic of Iran
245 Metcalfe Street
Ottawa, ON
Canada, K2P 2K2
Facsimile: (613) 232-5712

Interests Section of the Islamic Republic of Iran
Embassy of Pakistan
2209 Wisconsin Avenue, N.W.
Washington, D.C.  20007
Facsimile:  (202) 965-1073

3.    True and correct copies of the Summons and Return were served on the Defendants—

Judgment Debtors, via Federal Express mail on the 22nd day of July, 2005 at the following

location:

United Nations
H.E. Dr. Mohammad Javad Zarif
Permanent Representative of the Islamic Republic of Iran to the United Nations
622 Third Avenue
New York, NY  10017

4.    Also enclosed with the Summons and Return were true and correct copies of the

following pleadings that previously have been filed in the above captioned matter:

1. Certification of Judgment for Registration in Another District
2. Plaintiffs' Motion for Order of Attachment by Trustee Process
3. Memorandum in Support of Plaintiff's Motion for Order of Attachment
   by Trustee Process
4. Certificate Regarding Trustee Process
5. Affidavit of David J. Strachman
6. Affidavit of Georgia Asimakopoulos
7. Stipulation

8.  Verified Response of Museum of Fine Arts to Judgment Creditors' Summons
9.  Rule 7.1 Disclosure Statement of Trustee Process Defendant Museum of Fine Arts
10. Plaintiffs' Request for Production of Documents to the Museum of Fine Arts
11. Plaintiffs' Request for Production of Documents to Harvard University, President and Fellows of Harvard College, Harvard University Art Museums, Busch-Reisinger Museum, Fogg Art Museum, Sackler Museum, Semitic Museum, and Peabody Museum of Archaeology & Technology
12. Trustee Process Respondents Harvard Parties' Answer in Response to Judgment Creditors Summons
13. Declaration of James A. Armstrong
14. Declaration of Luann Wilkins Abrahams
15. Declaration of Genevieve Fisher
16. Motion of Harvard Parties to Quash Summons and to Dissolve Attachment by Trustee Process
17. Memo of Law of Harvard parties in Support of Motion to Quash Summons and to Dissolve Attachment by Trustee Process with Exhibits A, B & C.
18. Declaration of Ellen Fels Berkman
19. Corporate Disclosure Statement of Trustee Process Respondents Harvard Parties
20. Assented to Motion of Plaintiffs for an Extension of time to Oppose Trustee Process Defendants' Motion to Quash Summons and to Dissolve Attachment by Trustee Process

/s/ Georgia J. Asimakopoulos
Georgia J. Asimakopoulos

**EXHIBIT B**



| Ship | Track | Services | About DHL | Help |
|------|-------|----------|-----------|------|

Contact Us  |  Sitemap

DHL USA Home          DHL Global



# Track results detail

## Tracking results detail for 8352761443

▶ Help

**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service

### Tracking summary

| Current Status | ✓ | **Shipment delivered.** |
|---|---|---|
| Delivered on | | 7/17/2005  8:54 am |
| Delivered to | | |
| Signed for by | | **STAMP**    What is this? |

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

### Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 7/17/2005 8:54 am | Shipment delivered. | Tehran, Iran |
| 6:44 am | Arrived at DHL facility. | Tehran, Iran |
| 7/16/2005 10:34 pm | In transit. | Dubai, United Arab Emirates |
| 7/15/2005 8:55 am | In transit. | New York, NY |
| 7/14/2005 8:36 pm | Departing origin. | Boston, MA |
| 7:32 pm | Picked Up by DHL. | Public Drop Box |

**Ship From:**
LOONEY & GROSSMAN LLP
Boston, MA  021101117
United States

**Ship To:**

**Shipment Information:**
Ship date: 7/14/2005
Pieces:
Total weight: 2 lbs
Ship Type: Document

Attention:
LOONEY & GROSSMAN LLP

Attention:

Shipment Reference: 13412.000
Service: International Express
Special Service:
Description: DOCS

Tracking detail provided by DHL: 7/20/2005, 12:28:58 pm pt.

Track new shipment ▶

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.

Contact Us | Sitemap



| Ship | **Track** | Services | About DHL | Help |

DHL USA Home    DHL Global



# Track results detail

### Track

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▸ Forgot your Password?

## Tracking results detail for 8352761454

▸ Help

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 7/17/2005  8:54 am |
| Delivered to | | |
| Signed for by | | **STAMP**    What is this? |

### Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 7/17/2005 8:54 am | Shipment delivered. | Tehran, Iran |
| 6:45 am | Arrived at DHL facility. | Tehran, Iran |
| 7/16/2005 10:34 pm | In transit. | Dubai, United Arab Emirates |
| 7/15/2005 8:55 am | In transit. | New York, NY |
| 7/14/2005 8:36 pm | Departing origin. | Boston, MA |
| 7:32 pm | Picked Up by DHL. | Public Drop Box |

**Ship From:**
LOONEY & GROSSMAN LLP
Boston, MA  021101117
United States

**Ship To:**

**Shipment Information:**
Ship date: 7/14/2005
Pieces:
Total weight: 2 lbs
Ship Type: Document

Attention:
LOONEY & GROSSMAN LLP

Attention:

Shipment Reference: 13412.000
Service: International Express
Special Service:
Description: DOCS

Tracking detail provided by DHL: 7/20/2005, 12:21:53 pm pt.

Track new shipment ▶

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

## New to DHL?

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

## Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2005 DHL International, Ltd. All Rights Reserved.



**Tracking**

**Good Morning**

  

Products & Services    Shipping    Information    Press    About DHL

The Group    Investor Relations

Contact    Site Map
Settings
Help

Fast Track

DHL Air Waybill

▶ Go    More tracking options

▶ Search

▶ Web Shipping
▶ Book a Pick-up
▶ Tracking
▶ Order Supplies
▶ DHL Interactive
▶ Trade Automation Service

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8352761465 | Boston, MA - USA | Tehran - Iran (Islamic Republic of) | Signed for by: YUNESI Shipment delivered July 24, 2005 11:57 ✓ |

**8352761465 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 14, 2005 | 19:32 | Boston, MA - USA | Shipment picked up |
| July 14, 2005 | 20:36 | Boston, MA - USA | Departing origin |
| July 15, 2005 | 08:55 | New York City Gateway, NY - USA | Departed from DHL facility in New York City Gateway - USA |
| July 16, 2005 | 22:34 | Express Logistics Centre, Dubai - United Arab Emirates | Departed from DHL facility in Express Logistics Centre, Dubai - United Arab Emirates |
| July 17, 2005 | 07:09 | Tehran - Iran (Islamic Republic of) | Arrived at DHL Facility |
| July 17, 2005 | 09:32 | Tehran - Iran (Islamic Republic of) | Address Information needed; contact DHL |
| July 17, 2005 | 11:13 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| July 18, 2005 | 07:17 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| July 19, 2005 | 07:12 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| July 20, 2005 | 09:14 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| July 21, 2005 | 08:20 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| July 23, 2005 | 07:20 | Tehran - Iran (Islamic Republic of) | Shipment on hold |
| July 24, 2005 | 08:25 | Tehran - Iran (Islamic Republic of) | With delivery courier |
| July 24, 2005 | 11:57 | Tehran - Iran (Islamic Republic of) | Shipment delivered |

Try a new search.

Deutsche Post 🌐 World Net
MAIL EXPRESS LOGISTICS FINANCE

©2005    ▶ DHL International GmbH. All Rights Reserved

**EXHIBIT C**



United States Home

Information Center | Customer Support | Site Map

Search [ ] Go!

**Package / Envelope Services** | Office / Print Services | Freight Services | Expedited Services

Ship | **Track** | Manage My Account | International Tools

Track Shipments
## Detailed Results

(📄) Printable Version   (?) Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Solutions

| | |
|---|---|
| **Tracking number** | 832369763470 |
| **Signed for by** | F.TELIZE |
| **Ship date** | Jul 22, 2005 |
| **Delivery date** | Jul 25, 2005 10:01 AM |
| **Status** | Delivered |

| | |
|---|---|
| **Delivered to** | Receptionist/Front Desk |
| **Service type** | Priority Box |
| **Weight** | 5.0 lbs. |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 25, 2005 | 10:01 AM | **Delivered** | | |
| | 6:45 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 6:29 AM | At local FedEx facility | NEW YORK, NY | |
| Jul 23, 2005 | 9:21 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 7:47 AM | Departed FedEx location | NEWARK, NJ | |
| Jul 22, 2005 | 8:59 PM | Left origin | SOUTH BOSTON, MA | |
| | 5:01 PM | Picked up | SOUTH BOSTON, MA | |

Wrong Address? Reduce future mistakes by using FedEx Address Checker.

Shipping Freight? FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

[ Signature proof ]  [ Email results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [ ]    Your Email Address: [ ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [ ] | English | ☐ | ☐ |
| [ ] | English | ☐ | ☐ |
| [ ] | English | ☐ | ☐ |
| [ ] | English | ☐ | ☐ |

Select format: ⦿ HTML  ◯ Text  ◯ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



Search [          ] Go!

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments
## Detailed Results

🖨 Printable Version     ❓ Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 832369763469 | **Delivered to** | Receptionist/Front Desk | You can also track: |
| **Signed for by** | A.MAJIDY | **Service type** | Standard Box | • By TCN |
| **Ship date** | Jul 14, 2005 | **Weight** | 5.0 lbs. | • FedEx Trade Networks shipments |
| **Delivery date** | Jul 15, 2005 10:05 AM | | | • By Email Track |
| **Status** | Delivered | | | • By FedEx Wireless Solutions |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 15, 2005 | 10:05 AM | **Delivered** | | |
| | 8:10 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:28 AM | At local FedEx facility | WASHINGTON, DC | |
| | 4:43 AM | At dest sort facility | DULLES, VA | |
| | 4:21 AM | Departed FedEx location | NEWARK, NJ | |
| Jul 14, 2005 | 9:03 PM | Left origin | SOUTH BOSTON, MA | |
| | 5:39 PM | Picked up | SOUTH BOSTON, MA | |

Wrong Address?
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

[ Signature proof ] [ Email results ] [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [_____]          Your Email Address: [_____]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [_____] | English | ☐ | ☐ |
| [_____] | English | ☐ | ☐ |
| [_____] | English | ☐ | ☐ |
| [_____] | English | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless
**Add personal message:**
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[ Submit ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



Search _____ [Go!]

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | **Track** | Manage My Account | International Tools |

Track Shipments
## Detailed Results

📇 Printable Version    ❓ Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Solutions

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 791136385163 | **Destination** | | OTTAWA, ON |
| **Signed for by** | .JAVA | **Delivered to** | | Receptionist/Front Desk |
| **Ship date** | Jul 14, 2005 | **Service type** | | FedEx 10kg Box |
| **Delivery date** | Jul 15, 2005 10:47 AM | **Weight** | | 1.0 lbs. |
| **Status** | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 15, 2005 | 10:47 AM | **Delivered** | OTTAWA, ON | |
| | 9:51 AM | On FedEx vehicle for delivery | OTTAWA, ON | |
| | 9:29 AM | At local FedEx facility | OTTAWA, ON | |
| | 9:28 AM | Int'l shipment release | OTTAWA, ON | |
| | 8:38 AM | At dest sort facility | OTTAWA, ON | |
| | 4:11 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 12:49 AM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Jul 14, 2005 | 11:46 PM | Departed FedEx location | MEMPHIS, TN | |
| | 9:04 PM | Left origin | SOUTH BOSTON, MA | |
| | 5:39 PM | Picked up | SOUTH BOSTON, MA | |
| | 11:11 AM | Package data transmitted to FedEx | | |

Wrong Address?
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface and air expedited freight, multi piece package deliveries, and ocean freight.

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: _____    Your Email Address: _____

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| _____ | English | ☐ | ☐ |
| _____ | English | ☐ | ☐ |
| _____ | English | ☐ | ☐ |
| _____ | English | ☐ | ☐ |

Select format: ◉ HTML ◯ Text ◯ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

EXHIBIT D

Confirmation Report — Memory Send

                              Time      : Jul-15-05  12:16pm
                              Tel line  : +6177371053
                              Name      : LOONEY GROSSMAN L


Job number        :  928

Date              :  Jul-15 11:55am

To                :  7787#13412*000#12029651073

Document pages    :  23

Start time        :  Jul-15 11:55am

End time          :  Jul-15 12:09pm

Pages sent        :  23

Status            :  NG  D0

Job number    : 928          *** SEND SUCCESSFUL  ***

---

## Looney & Grossman LLP
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile (617) 951-2819

### FACSIMILE COVER SHEET

| TO: Interests Section of the Islamic Republic of Iran | FROM: Georgia J. Asimakopoulos, Esq. |
|---|---|
| COMPANY: Embassy of Pakistan | DATE: July 14, 2005 |
| FAX NUMBER: (202) 965-1073 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin, et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

******CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

Confirmation Report - Memory Send

```
                              Time      : Jul-15-05  01:31pm
                              Tel line  : +6177371053
                              Name      : LOONEY GROSSMAN L
```

| | | |
|---|---|---|
| Job number | : | 938 |
| Date | : | Jul-15 01:19pm |
| To | : | 7787#13412*000#12029651073 |
| Document pages | : | 18 |
| Start time | : | Jul-15 01:20pm |
| End time | : | Jul-15 01:31pm |
| Pages sent | : | 18 |
| Status | : | OK |

Job number    : 938            *** SEND SUCCESSFUL  ***

## Looney & Grossman LLP
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile (617) 951-2819

### FACSIMILE COVER SHEET

| TO: Interests Section of the Islamic Republic of Iran | FROM: Georgia J. Asimakopoulos, Esq. |
|---|---|
| COMPANY: Embassy of Pakistan | DATE: July 14, 2005 |
| FAX NUMBER: (202) 965-1073 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

------CONFIDENTIALITY NOTE------

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

# Confirmation Report – Memory Send

Time      : Jul-15-05  12:56pm
Tel line  : +6177371053
Name      : LOONEY GROSSMAN L

| | | |
|---|---|---|
| Job number | : | 930 |
| Date | : | Jul-15 12:03pm |
| To | : | 7787#13412*000#12029651073 |
| Document pages | : | 09 |
| Start time | : | Jul-15 12:16pm |
| End time | : | Jul-15 12:23pm |
| Pages sent | : | 09 |
| Status | : | OK |

Job number    : 930           *** SEND SUCCESSFUL ***

---

# Looney & Grossman LLP
Attorneys at Law

101 Arch Street
Boston, MA 01110-1112
(617) 951-2800

Facsimile (617) 951-2819

## FACSIMILE COVER SHEET

| | |
|---|---|
| TO: Interests Section of the Islamic Republic of Iran | FROM: Georgia J. Asimakopoulos, Esq. |
| COMPANY: Embassy of Pakistan | DATE: July 14, 2005 |
| FAX NUMBER (202) 965-1073 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE:  SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: | FILE NO.: 13412.000 |

Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al.

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.
COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

******CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

## Confirmation Report — Memory Send

| | | |
|---|---|---|
| | Time | : Jul-15-05  12:56pm |
| | Tel line | : +6177371053 |
| | Name | : LOONEY GROSSMAN L |

| | | |
|---|---|---|
| Job number | : | 931 |
| Date | : | Jul-15 12:09pm |
| To | : | 7787#13412*000#12029651073 |
| Document pages | : | 24 |
| Start time | : | Jul-15 12:16pm |
| End time | : | Jul-15 12:30pm |
| Pages sent | : | 24 |
| Status | : | OK |

Job number    : 931                 *** SEND SUCCESSFUL  ***

## Looney & Grossman LLP
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile (617) 951-2819

### FACSIMILE COVER SHEET

| TO: Interests Section of the Islamic Republic of Iran | FROM: Georgia J. Asimakopoulos, Esq. |
|---|---|
| COMPANY: Embassy of Pakistan | DATE: July 14, 2005 |
| FAX NUMBER (202) 965-1073 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin et al. v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

*****CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

Confirmation Report — Memory Send

```
                              Time      : Jul-15-05  12:56pm
                              Tel line  : +6177371053
                              Name      : LOONEY GROSSMAN L
```

| | | |
|---|---|---|
| Job number | : | 932 |
| Date | : | Jul-15  12:19pm |
| To | : | 7787#13412*000#12029651073 |
| Document pages | : | 28 |
| Start time | : | Jul-15  12:16pm |
| End time | : | Jul-15  12:38pm |
| Pages sent | : | 28 |
| Status | : | OK |

Job number     : 932           *** SEND SUCCESSFUL  ***

## Looney & Grossman LLP
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile : (617) 951-2819

FACSIMILE COVER SHEET

| TO: Interests Section of the Islamic Republic of Iran | FROM: Georgia J. Asimakopoulos, Esq. |
|---|---|
| COMPANY: Embassy of Pakistan | DATE: July 14, 2005 |
| FAX NUMBER: (202) 965-1073 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENT:

The originals of the transmitted documents will also be sent by Federal Express Mail.

******CONFIDENTIALITY NOTE******

The document accompanying this facsimile transmission contains information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

## Confirmation Report — Memory Send

|  |  |  |
|---|---|---|
| | Time | : Jul-15-05  12:57pm |
| | Tel line | : +6177371053 |
| | Name | : LOONEY GROSSMAN L |

| | | |
|---|---|---|
| Job number | : | 933 |
| Date | : | Jul-15 12:23pm |
| To | : | 7787#13412*000#12029651073 |
| Document pages | : | 17 |
| Start time | : | Jul-15 12:16pm |
| End time | : | Jul-15 12:43pm |
| Pages sent | : | 17 |
| Status | : | OK |
| Job number | : 933 | *** SEND SUCCESSFUL *** |

---

## Looney & Grossman LLP
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile (617) 951-2819

### FACSIMILE COVER SHEET

| TO: Interests Section of the Islamic Republic of Iran | FROM: Georgia J. Asimakopoulos, Esq. |
|---|---|
| COMPANY: Embassy of Pakistan | DATE: July 14, 2005 |
| FAX NUMBER: (202) 965-1073 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

---

******CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

Confirmation Report – Memory Send

| | | |
|---|---|---|
| Time | : | Jul-15-05  12:57pm |
| Tel line | : | +6177371053 |
| Name | : | LOONEY GROSSMAN L |

| | | |
|---|---|---|
| Job number | : | 934 |
| Date | : | Jul-15 12:30pm |
| To | : | 7787#13412*000#12029651073 |
| Document pages | : | 47 |
| Start time | : | Jul-15 12:16pm |
| End time | : | Jul-15 12:55pm |
| Pages sent | : | 47 |
| Status | : | OK |

Job number    : 934            *** SEND SUCCESSFUL  ***

## Looney & Grossman LLP
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile (617) 951-2819

FACSIMILE COVER SHEET

| TO: Interests Section of the Islamic Republic of Iran | FROM: Georgia J. Asimakopoulos, Esq. |
|---|---|
| COMPANY: Embassy of Pakistan | DATE: July 14, 2005 |
| FAX NUMBER: (202) 965-1073 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

******CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

# Confirmation Report — Memory Send

Time      : Jul-15-05  01:14pm
Tel line  : +6177371053
Name      : LOONEY GROSSMAN L

| | | |
|---|---|---|
| Job number | : | 936 |
| Date | : | Jul-15 12:59pm |
| To | : | 7777#13412*000#12029651073 |
| Document pages | : | 45 |
| Start time | : | Jul-15 01:00pm |
| End time | : | Jul-15 01:14pm |
| Pages sent | : | 45 |
| Status | : | OK |

Job number   : 936          *** SEND SUCCESSFUL  ***

*****CONFIDENTIALITY NOTE******

The document accompanying this facsimile transmission contain information from the law firm of Looney & Grossman
LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the
individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error,
please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via
the U.S. Postal Service. Thank you.

---

## FACSIMILE COVER SHEET

Looney & Grossman LLP
Attorneys at Law
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
Facsimile (617) 951-2819

| | | |
|---|---|---|
| TO: | | FROM: |
| Interests Section of the Islamic Republic of Iran | | Georgia J. Asimakopoulos, Esq. |
| COMPANY: | DATE: | |
| Embassy of Pakistan | July 14, 2005 | TOTAL NO. OF PAGES INCLUDING COVER: |
| FAX NUMBER: | | 45 |
| (202) 965-1073 | | FILE NO.: |
| RE: | | 13412.000 |

SERVICE OF PROCESS
AND COPIES OF
PLEADINGS IN THE
FOLLOWING MATTER:

Rubin et al., v. The Islamic Republic of
Iran et al., v. Museum of Fine Arts et
al.

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

☐ Regular Mail    ☐ Messenger    ☐ Overnight Mail    ☐ This is the only form of delivery of transmitted document.

The original of the transmitted documents will be sent by:

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

# Confirmation Report – Memory Send

Time : Jul-15-05 10:21am
Tel line : +6177371053
Name : LOONEY GROSSMAN L

| | | |
|---|---|---|
| Job number | : | 913 |
| Date | : | Jul-15 10:03am |
| To | : | 7777#13412*000#16132325712 |
| Document pages | : | 23 |
| Start time | : | Jul-15 10:03am |
| End time | : | Jul-15 10:10am |
| Pages sent | : | 23 |
| Status | : | OK |

Job number : 913 *** SEND SUCCESSFUL ***

**Looney & Grossman LLP**
Attorneys at Law
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
Facsimile (617) 951-2819

## FACSIMILE COVER SHEET

| | |
|---|---|
| TO: Salam Iran | FROM: Georgia J. Asimakopoulos, Esq. |
| COMPANY: Embassy of the Islamic Republic of Iran | DATE: July 14, 2005 |
| FAX NUMBER: (613) 232-5712 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

*****CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

# Confirmation Report - Memory Send

Time      : Jul-15-05  10:22am
Tel line  : +6177371053
Name      : LOONEY GROSSMAN L

| | | |
|---|---|---|
| Job number | : | 914 |
| Date | : | Jul-15 10:07am |
| To | : | 7777#13412*000#16132325712 |
| Document pages | : | 18 |
| Start time | : | Jul-15 10:03am |
| End time | : | Jul-15 10:19am |
| Pages sent | : | 18 |
| Status | : | OK |

Job number  : 914          *** SEND SUCCESSFUL ***

---

**Looney & Grossman LLP**
Attorneys at Law
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
Facsimile (617) 951-2819

## FACSIMILE COVER SHEET

| | |
|---|---|
| FROM: | Georgia J. Asimakopoulos, Esq. |
| TO: | Salam Iran |
| COMPANY: | Embassy of the Islamic Republic of Iran |
| DATE: | July 14, 2005 |
| FAX NUMBER: | (613) 232-5712 |
| TOTAL NO. OF PAGES INCLUDING COVER: | |
| FILE NO.: | 13412.000 |

RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER:

Rubin et al. v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al.

**Note: If you have a question or problem regarding this fax, please call: (617) 951-2800**

The original of the transmitted documents will be sent by:

☐ Regular Mail  ☐ Messenger  ☐ Overnight Mail  ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

*****CONFIDENTIALITY NOTE*****

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

# Confirmation Report — Memory Send

|  |  |  |
|---|---|---|
| Time | : | Jul-15-05  10:22am |
| Tel line | : | +6177371053 |
| Name | : | LOONEY GROSSMAN L |

| Job number | : | 915 |
|---|---|---|
| Date | : | Jul-15 10:09am |
| To | : | 7777#13412*000#16132325712 |
| Document pages | : | 09 |
| Start time | : | Jul-15 10:03am |
| End time | : | Jul-15 10:21am |
| Pages sent | : | 09 |
| Status | : | OK |

| Job number | : 915 | *** SEND SUCCESSFUL *** |
|---|---|---|

*(The following text appears inverted at the bottom of the page — the transmitted facsimile cover sheet:)*

# Looney & Grossman LLP

Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
Facsimile (617) 951-2819

## FACSIMILE COVER SHEET

| | |
|---|---|
| TO: | Salam Iran |
| COMPANY: | Embassy of the Islamic Republic of Iran |
| FAX NUMBER: | (613) 232-5712 |
| RE: | SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: |

| | |
|---|---|
| FROM: | Georgia J. Asimakopoulos, Esq. |
| DATE: | July 14, 2005 |
| TOTAL NO. OF PAGES INCLUDING COVER: | |
| FILE NO.: | 13412.000 |

Rubin et al., v. The Islamic Republic of Iran et al., v. The Museum of Fine Arts et al.

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

******CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmitted sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

# Confirmation Report – Memory Send

Time : Jul-15-05 11:21am
Tel line : +6177371053
Name : LOONEY GROSSMAN L

| | | |
|---|---|---|
| Job number | : | 916 |
| Date | : | Jul-15 10:29am |
| To | : | 7777#13412*000#16132325712 |
| Document pages | : | 24 |
| Start time | : | Jul-15 10:30am |
| End time | : | Jul-15 10:40am |
| Pages sent | : | 24 |
| Status | : | OK |

Job number : 916 *** SEND SUCCESSFUL ***

**Looney & Grossman LLP**
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile (617) 951-2819

## FACSIMILE COVER SHEET

| | |
|---|---|
| TO: Salam Iran | FROM: Georgia J. Asimakopoulos, Esq. |
| COMPANY: Embassy of the Islamic Republic of Iran | DATE: July 14, 2005 |
| FAX NUMBER: (613) 232-5712 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:
Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

*****CONFIDENTIALITY NOTE*****

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

# Confirmation Report — Memory Send

Time      : Jul-15-05  11:22am
Tel line  : +6177371053
Name      : LOONEY GROSSMAN L

| | | |
|---|---|---|
| Job number | : | 917 |
| Date | : | Jul-15 10:32am |
| To | : | 7777#13412#000#16132325712 |
| Document pages | : | 28 |
| Start time | : | Jul-15 10:32am |
| End time | : | Jul-15 11:04am |
| Pages sent | : | 28 |
| Status | : | OK |

Job number    : 917           \*\*\* SEND SUCCESSFUL  \*\*\*

\*\*\*\*\*\*CONFIDENTIALITY NOTE\*\*\*\*\*\*

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmitted sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

The originals of the transmitted documents will also be sent by Federal Express Mail.

COMMENTS:

Regular Mail ☐  Messenger ☐  Overnight Mail ☐  This is the only form of delivery of transmitted document.

The original of the transmitted documents will be sent by:

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

---

**FACSIMILE COVER SHEET**

| | | |
|---|---|---|
| TO: Salam Iran | FROM: Georgia J. Asimakopolous, Esq. | |
| COMPANY: Embassy of the Islamic Republic of Iran | DATE: July 14, 2005 | |
| FAX NUMBER: (613) 232-5712 | TOTAL NO. OF PAGES INCLUDING COVER: | |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: | FILE NO.: 13412.000 | |

Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al.

Looney & Grossman LLP
Attorneys at Law
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800
Facsimile (617) 951-2819

# Confirmation Report – Memory Send

Time : Jul-15-05 11:22am
Tel line : +6177371053
Name : LOONEY GROSSMAN L

| | | |
|---|---|---|
| Job number | : | 918 |
| Date | : | Jul-15 10:34am |
| To | : | 7777#13412*000#16132325712 |
| Document pages | : | 17 |
| Start time | : | Jul-15 10:32am |
| End time | : | Jul-15 11:21am |
| Pages sent | : | 17 |
| Status | : | OK |

Job number : 918 *** SEND SUCCESSFUL ***

**Looney & Grossman LLP**
Attorneys at Law

101 Arch Street
Boston, MA 02110-1112
(617) 951-2800

Facsimile (617) 951-2819

**FACSIMILE COVER SHEET**

| | |
|---|---|
| TO: Salam Iran | FROM: Georgia J. Asimakopoulos, Esq. |
| COMPANY: Embassy of the Islamic Republic of Iran | DATE: July 14, 2005 |
| FAX NUMBER: (613) 232-5712 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: SERVICE OF PROCESS AND COPIES OF PLEADINGS IN THE FOLLOWING MATTER: Rubin et al., v. The Islamic Republic of Iran et al., v. Museum of Fine Arts et al. | FILE NO.: 13412.000 |

Note: If you have a question or problem regarding this fax, please call: (617) 951-2800

The original of the transmitted documents will be sent by:

Regular Mail ☐ Messenger ☐ Overnight Mail ☐ This is the only form of delivery of transmitted document.

COMMENTS:

The originals of the transmitted documents will also be sent by Federal Express Mail.

*****CONFIDENTIALITY NOTE******

The documents accompanying this facsimile transmission contain information from the law firm of Looney & Grossman LLP which may be CONFIDENTIAL AND PRIVILEGED. The information is intended to be for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately and return the original message to us at the above address by First Class Mail via the U.S. Postal Service. Thank you.

# Confirmation Report – Memory Send

```
                              Time      : Jul-15-05  09:43am
                              Tel line  : +6177371053
                              Name      : LOONEY GROSSMAN L
```

| | | |
|---|---|---|
| Job number | : | 910 |
| Date | : | Jul-15 09:25am |
| To | : | 7777#12412∗000#16132325712 |
| Document pages | : | 46 |
| Start time | : | Jul-15 09:25am |
| End time | : | Jul-15 09:43am |
| Pages sent | : | 46 |
| Status | : | OK |

Job number   : 910         ∗∗∗ SEND SUCCESSFUL ∗∗∗

---

Museums, and many others that are not on display, or that have yet to be classified, that were, upon information and belief, excavated in Iran, and may be the property of Iran.

**Collection Efforts In Other U.S. Courts**

In addition to this action, plaintiffs' efforts to collect the outstanding amount of $71,100,999.00 for compensatory damages by attaching antiquities that are property of Iran have included the domestication of the judgment, on or about December 29, 2003, in the United States District Court for the Northern District of Illinois ("Illinois action"). In the Illinois action, the court issued a Citation to Discover Assets (the "citation"), that allowed the plaintiffs to discover Iranian assets in the possession and/or control of the University of Chicago, also known as The Oriental Institute. The citation also prohibits the Oriental Institute from making any transfer of property belonging to, or which may be acquired by, or become due to, Iran as judgment debtors. A copy of the citation is appended hereto as "Exhibit B." The MFA has on display at least two antiquities that are on loan from the University of Chicago, namely the "Miniature Ewer Vessel" and the "Lion and Bull in Combat." The provenance/ownership history of the "Miniature Ewer Vessel" indicates that it was excavated during the "University of Chicago – MFA Persepolis Expedition of 1937."

In addition to this action and the Illinois action, plaintiffs have commenced a lawsuit in Pennsylvania seeking to satisfy their judgment through Iranian antiquities located at the University of Pennsylvania Museum and the Philadelphia Museum of Art. The MFA has at least seven antiquities whose provenance/ownership history indicates they were excavated in the "University Museum, Philadelphia – MFA Persian Expedition."

## Confirmation Report — Memory Send

Time      : Jul-15-05  09:57am
Tel line  : +6177371053
Name      : LOONEY GROSSMAN L

| | | |
|---|---|---|
| Job number | : | 911 |
| Date | : | Jul-15 09:28am |
| To | : | 7777#13412*000#16132325712 |
| Document pages | : | 44 |
| Start time | : | Jul-15 09:43am |
| End time | : | Jul-15 09:57am |
| Pages sent | : | 44 |
| Status | : | OK |
| Job number | : 911 | *** SEND SUCCESSFUL *** |

/0009230.DOC/

MUSEUM OF FINE ARTS

RULE 7.1 DISCLOSURE STATEMENT OF TRUSTEE PROCESS DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENNY RUBIN, DEBORAH RUBIN,
DANIEL MILLER, ABRAHAM
MENDELSON, STUART E. HERSCH,
RENAY FRYM, NOAM ROZENMAN,
ELENA ROZENMAN and TZVI
ROSENMAN,

Plaintiffs — Judgment Creditors,

v.

THE ISLAMIC REPUBLIC OF IRAN,
(a/k/a Iran, The Republic of Iran, Republic of
Iran, The Government of Iran, Iranian
Government, and Imperial Government of
Iran), THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,
AYATOLLAH ALI HOSEINI KHAMENEI,
ALI AKBAR HASHEMI-RAFSANJANI and
ALI FALLAHIAN-KHUZESTANI,

Defendants — Judgment Debtors,

v.

MUSEUM OF FINE ARTS, a not-for-profit
corporation (a/k/a Boston MFA), HARVARD
UNIVERSITY, PRESIDENT AND
FELLOWS OF HARVARD COLLEGE,
HARVARD UNIVERSITY ART
MUSEUMS, BUSCH-REISINGER
MUSEUM, FOGG ART MUSEUM,
SACKLER MUSEUM, SEMITIC MUSEUM,
and PEABODY MUSEUM OF
ARCHEOLOGY AND ETHNOLOGY,

Trustee Process Defendants.

Case No. 1:05-MC-10079