UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, ) | |
| DEBORAH RUBIN, ) | |
| DANIEL MILLER, ) | |
| ABRAHAM MENDELSON, ) | |
| STUART E. HERSCH, ) | Case No.: |
| RENAY FRYM, ) | 1:05-mc-10079-GAO |
| NOAM ROZENMAN, ) | |
| ELENA ROZENMAN and ) | |
| TZVI ROZENMAN ) | |
| ) | |
| Plaintiffs — Judgment Creditors, ) | |
| v. ) | |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, ) | |
| (a/k/a Iran, The Republic of Iran, Republic of Iran, ) | |
| The Government of Iran, Iranian Government, and ) | |
| Imperial Government of Iran), et al. ) | |
| ) | |
| Defendants – Judgment Debtors, ) | |
| v. ) | |
| ) | |
| MUSEUM OF FINE ARTS, a not-for-profit corporation ) | |
| (a/k/a Boston MFA), HARVARD UNIVERSITY, ) | |
| PRESIDENT AND FELLOWS OF HARVARD ) | |
| COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, ) | |
| BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, ) | |
| SACKLER MUSEUM, SEMITIC MUSEUM, and ) | |
| PEABODY MUSEUM OF ARCHAEOLOGY AND ) | |
| ETHNOLOGY ) | |
| ) | |
| Trustee Process Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2005 I served a copy of the following pleadings:

(1) **Plaintiffs' Motion To Stay Trustee Process Defendants' Motion To Quash Summons And To Dissolve Attachment By Trustee Process Pending Determination Of Plaintiffs' Motion For Partial Summary Judgment As To Trustee Process Defendants' Standing To Raise Iran's Sovereign Immunity Defense And Pending Completion Of Any Necessary Discovery;**

(2) **Plaintiffs' Motion For Partial Summary Judgment Establishing That No Person Other Than Iran May Assert Iran's Sovereign Immunity Defenses Under §§ 1609 And 1610 Of The FSIA;**

(3) **Memorandum In Support Of Plaintiffs' Motion For Partial Summary Judgment Establishing That No Person Other Than Iran May Assert Iran's Sovereign Immunity Defenses Under §§ 1609 And 1610 Of The FSIA;**

(4) **Affidavit of Georgia J. Asimakopoulos;** and

(5) **Certificate of Service**

upon Trustee Process Defendants by electronic notification and/or by mailing copies thereof via first class mail, postage prepaid, properly addressed to the following:

>Paul R.Q. Wolfson
>(Counsel for Trustee Process Defendant, Harvard)
>WILMER CUTLER PICKERING
>HALE & DORR LLP
>2445 M Street NW
>Washington, DC  20037
>
>Mark C. Fleming
>(Counsel for Trustee Process Defendant, Harvard)
>WILMER CUTLER PICKERING
>HALE & DORR LLP
>60 State Street
>Boston, MA  02109
>
>Robert J. Muldoon, Jr.
>(Counsel for Trustee Process Defendant, MFA)
>Sherin & Lodgen LLP
>101 Federal Street
>Boston, Massachusetts  02110
>(617) 646-2000

>/s/ Georgia J. Asimakopoulos
>Georgia J. Asimakopoulos