UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROSENMAN, <br><br> Plaintiffs — Judgment Creditors, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran), THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI, <br><br> Defendants — Judgment Debtors, <br><br> v. <br><br> MUSEUM OF FINE ARTS, a not-for-profit corporation (a/k/a Boston MFA), HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, SACKLER MUSEUM, SEMITIC MUSEUM, and PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY, <br><br> Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

**MOTION FOR ADMISSION PRO HAC VICE OF WILLIAM D. IVERSON**

00077216.DOC /

Pursuant to Local Rule 83.5.3(b), Robert J. Muldoon, a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts, moves to permit William D. Iverson, Esq. to appear in this action as counsel for the Trustee Process Defendant Museum of Fine Arts.

The Court should allow this motion for the reasons set forth below and in the accompanying declarations:

1. William D. Iverson is a member of the law firm of Covington & Burling located at 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401. He represents the Museum of Fine Arts.

2. William D. Iverson is a member in good standing of the bars of the District of Columbia (admitted in 1969), the United States District Court for the District of Columbia (admitted in 1969), the United States Court of Appeals for the District of Columbia Circuit (admitted in 1972), the United States Court of Appeals for the Second Circuit (admitted in 1992), the United States Court of Appeals for the Fifth Circuit (admitted in 2004), the United States Court of Appeals for the Tenth Circuit (admitted in 2004), the United States Court of Appeals for the Eleventh Circuit (admitted in 1998), the Superior Court of Arizona, Maricopa County (admitted in 2003), the Circuit Court of McDowell County, West Virginia (admitted in 2004), and the United States Supreme Court (admitted in 1980). Attached hereto as Exhibit A is the Declaration of William D. Iverson in Support of Motion for Admission Pro Hac Vice.

4. There are no disciplinary proceedings pending against William D. Iverson as a member of the bar in any jurisdiction.

5. William D. Iverson is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Trustee Process Defendant Museum of Fine Arts respectfully requests that its Motion for Admission Pro Hac Vice be ALLOWED.

    Respectfully submitted,
    **MUSEUM OF FINE ARTS**

    By its attorneys,

    /s/ Robert J. Muldoon, Jr.
    Robert J. Muldoon, Jr. BBO#: 359480
    Courtney A. Clark BBO#: 651381
    SHERIN AND LODGEN LLP
    101 Federal Street
    Boston, Massachusetts 02110
    (617) 646-2000

Dated: July 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Counsel for Museum of Fine Arts hereby certify that they have conferred with opposing counsel and have attempted in good faith to resolve the issues presented in this Motion.

    /s/ Robert J. Muldoon, Jr.
    Robert J. Muldoon, Jr.

# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROSENMAN,<br><br>    Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran), THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI,<br><br>    Defendants — Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation (a/k/a Boston MFA), HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, SACKLER MUSEUM, SEMITIC MUSEUM, and PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY,<br><br>    Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

### DECLARATION OF WILLIAM D. IVERSON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

00075677.DOC /

I, William D. Iverson, hereby depose and state as follows:

1. I am an attorney with the law firm of Covington & Burling located at 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401.

2. I am a member in good standing of the bars of the District of Columbia (admitted in 1969), the United States District Court for the District of Columbia (admitted in 1969), the United States Court of Appeals for the District of Columbia Circuit (admitted in 1972), the United States Court of Appeals for the Second Circuit (admitted in 1992), the United States Court of Appeals for the Fifth Circuit (admitted in 2004), the United States Court of Appeals for the Tenth Circuit (admitted in 2004), the United States Court of Appeals for the Eleventh Circuit (admitted in 1998), the Superior Court of Arizona, Maricopa County (admitted in 2003), the Circuit Court of McDowell County, West Virginia (admitted in 2004), and the United States Supreme Court (admitted in 1980).

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2005.

_____
William D. Iverson

2

00075677.DOC /