UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROSENMAN,<br><br>    Plaintiffs — Judgment Creditors,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran), THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI,<br><br>    Defendants — Judgment Debtors,<br><br>v.<br><br>MUSEUM OF FINE ARTS, a not-for-profit corporation (a/k/a Boston MFA), HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, SACKLER MUSEUM, SEMITIC MUSEUM, and PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY,<br><br>    Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

## MOTION FOR ADMISSION PRO HAC VICE OF JASON M. KNOTT

Pursuant to Local Rule 83.5.3(b), Robert J. Muldoon, a member in good standing of the bar of this Court and of the Commonwealth of Massachusetts, moves to permit Jason M. Knott,

00076012.DOC /

Esq., to appear in this action as counsel for the Trustee Process Defendant Museum of Fine Arts.

The Court should allow this motion for the reasons set forth below and in the accompanying declarations:

1. Jason M. Knott is a member of the law firm of Covington & Burling located at 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401. He represents the Museum of Fine Arts.

2. Jason M. Knott is a member in good standing of the bars of the District of Columbia (admitted in 2004) and the State of North Carolina (admitted in 2004; inactive status). Attached hereto as Exhibit A is the Declaration of Jason M. Knott in Support of Motion for Admission Pro Hac Vice.

4. There are no disciplinary proceedings pending against Jason M. Knott as a member of the bar in any jurisdiction.

5. Jason M. Knott is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Trustee Process Defendant Museum of Fine Arts respectfully requests that its Motion for Admission Pro Hac Vice be ALLOWED.

Respectfully submitted,
**MUSEUM OF FINE ARTS**

By its attorneys,

/s/ Robert J. Muldoon, Jr.
Robert J. Muldoon, Jr. BBO#: 359480
Courtney A. Clark BBO#: 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Dated: July 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

    Counsel for Museum of Fine Arts hereby certify that they have conferred with opposing counsel and have attempted in good faith to resolve the issues presented in this Motion.

                      /s/ Robert J. Muldoon, Jr.
                      Robert J. Muldoon, Jr.

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART E. HERSCH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN and TZVI ROSENMAN, <br><br> Plaintiffs — Judgment Creditors, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, (a/k/a Iran, The Republic of Iran, Republic of Iran, The Government of Iran, Iranian Government, and Imperial Government of Iran), THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, AYATOLLAH ALI HOSEINI KHAMENEI, ALI AKBAR HASHEMI-RAFSANJANI and ALI FALLAHIAN-KHUZESTANI, <br><br> Defendants — Judgment Debtors, <br><br> v. <br><br> MUSEUM OF FINE ARTS, a not-for-profit corporation (a/k/a Boston MFA), HARVARD UNIVERSITY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, HARVARD UNIVERSITY ART MUSEUMS, BUSCH-REISINGER MUSEUM, FOGG ART MUSEUM, SACKLER MUSEUM, SEMITIC MUSEUM, and PEABODY MUSEUM OF ARCHAEOLOGY AND ETHNOLOGY, <br><br> Trustee Process Defendants. | Case No.: 1:05-MC-10079 |

**DECLARATION OF JASON M. KNOTT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

00075668.DOC /

I, Jason M. Knott, hereby depose and state as follows:

1. I am an attorney with the law firm of Covington & Burling located at 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401.

2. I am a member in good standing of the bars of the District of Columbia (admitted in 2004) and the State of North Carolina (admitted in 2004; inactive status).

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2005.

*[signature]*
Jason M. Knott, Esq.

2

00075668.DOC /