UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al.<br>    Plaintiffs—Judgment Creditors<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br>    Defendants—Judgment Debtors<br><br>v.<br><br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br>    Trustee Process Respondents. | Case No.:<br>1:05-mc-10079-GAO<br><br>**STIPULATION** |

On July 25, 2005, Plaintiff served the Trustee Process Respondents in this case with a Motion for Partial Summary Judgment and Motion for Stay of Proceedings on Trustee Process Respondents' Motion to Quash. Under Local Rule 7.1(b)(2), oppositions to these motions would be due, absent extension, on August 8, 2005. The parties have stipulated and agreed that all Trustee Process Respondents may have an additional 14 days to respond to these motions, and so, such oppositions shall be due on August 22, 2005.

| | |
|---|---|
| /s/ Richard J. Grahn | /s/ Paul R.Q. Wolfson |

Richard J. Grahn (BBO # 206620)  
Edward V. Colbert, III (BBO # 566187)  
Georgia J. Asimakopoulos (BBO # 658232)  
LOONEY & GROSSMAN LLP  
101 Arch Street  
Boston, MA 02110  
(617) 951-2800  

Paul R.Q. Wolfson (admitted *pro hac vice*)  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
2445 M Street N.W.  
Washington, DC  20037  
Tel.: (202) 663-6390  
Fax: (202) 663-5000  
paul.wolfson@wilmerhale.com  

Mark C. Fleming (BBO #639358)  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
Tel.: (617) 526-6000  
Fax: (617) 526-5000  
mark.fleming@wilmerhale.com  

Counsel for Harvard Parties

/s/ Robert J. Muldoon, Jr.  
Robert J. Muldoon, Jr. (BBO#: 359480)  
Courtney A. Clark (BBO#: 651381)  
SHERIN AND LODGEN LLP  
101 Federal Street  
Boston, MA  02110  
Tel: (617) 646-2000  
Fax: (617) 646-2222  

William D. Iverson  
Jason M. Knott  
COVINGTON & BURLING  
1201 Pennsylvania Avenue, N.W.  
Washington, DC  20004  
Tel: (202) 662-6000  
Fax: (202) 778-5549  

*Attorneys for Museum of Fine Arts*

APPROVED:

All Trustee Process Respondents shall have until August 22, 2005, to file their oppositions to Plaintiffs' Motion to Partial Summary Judgment and Motion for Stay of Proceedings.

_____

George A. O'Toole, Jr.
United States District Judge


Dated: _____