UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al. ) | |
| ) | Case No.: 1:05-MC-10079 (GAO) |
| Plaintiffs — Judgment Creditors, ) | |
| ) | |
| v. ) | |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN, ) | |
| et al., ) | |
| ) | |
| Defendants — Judgment Debtors, ) | |
| ) | |
| v. ) | |
| ) | |
| MUSEUM OF FINE ARTS, et al., ) | |
| ) | |
| Trustee Process Defendants. ) | |

## MOTION OF THE MUSEUM OF FINE ARTS TO QUASH TRUSTEE PROCESS SUMMONS AND DISSOLVE ATTACHMENT

Pursuant to Local Rule 7.1, the Museum of Fine Arts ("MFA") hereby moves this Court to quash the trustee process summons issued against it and dissolve the related attachment. As set forth more fully in the memorandum in support accompanying this motion, the MFA is entitled to relief because, even though no properties held by the MFA are owned by the Islamic Republic of Iran, it is unnecessary to resolve that issue inasmuch as, even if the MFA held property owned by the Islamic Republic of Iran, any such items would be immune from execution under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1601 *et seq.*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Museum of Fine Arts requests oral argument on this Motion.

Dated: July 29, 2005

/s/ Courtney A. Clark /s/
Robert J. Muldoon, Jr. BBO#: 359480
Courtney A. Clark BBO#: 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 646-2000
Fax: (617) 646-2222

William D. Iverson
Jason M. Knott
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 662-6000
Fax: (202) 778-5549

*Attorneys for Museum of Fine Arts*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel certifies that Plaintiffs and the Museum of Fine Arts conferred in good faith and were unable to resolve or narrow this issue.

/s/ Courtney A. Clark /s/
Courtney A. Clark