UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JENNY RUBIN et al.,<br><br>    Plaintiffs – Judgment Creditors,<br>    v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>    Defendants – Judgment Debtors,<br>    v.<br><br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br><br>    Trustee Process Respondents. | Case No.: 05-MC-10079 (GAO) |

## STIPULATION

On July 25, 2005, the Plaintiffs served the Trustee Process Respondents in this case with a Motion for Partial Summary Judgment and a Motion for Stay of Proceedings on Trustee Process Respondents' Motion to Quash.  The parties previously agreed and stipulated that the Trustee Process Respondents could file their responses on August 22, 2005.  The plaintiffs and the Harvard parties have since agreed and now stipulate that the Harvard parties shall have an additional seven (7) days to respond, filing their oppositions on August 29, 2005.

| | |
|---|---|
| JENNY RUBIN, et al. | HARVARD UNIVERSITY, et al. |
| /s/ Richard J. Grahn | /s/ Paul R.Q. Wolfson |
| Richard J. Grahn (BBO # 206620)<br>Edward V. Colbert, III (BBO # 566187)<br>Georgia J. Asimakopoulos (BBO # 658232)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2800 | Paul R.Q. Wolfson (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>2445 M Street N.W.<br>Washington, DC 20037<br>Tel.: (202) 663-6390<br>Fax: (202) 663-5000<br>paul.wolfson@wilmerhale.com |
| | Mark C. Fleming (BBO# 639358)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6000<br>Fax: (617) 526-5000 |

Date: August 15, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN et al.,<br><br>　　　　Plaintiffs – Judgment Creditors,<br>　v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>　　　　Defendants – Judgment Debtors,<br>　v.<br><br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br><br>　　　　Trustee Process Respondents. | Case No.: 05-MC-10079 (GAO) |

**PROPOSED ORDER**

The Harvard parties shall have until August 29, 2005, to file their oppositions to the Plaintiffs' Motion to Partial Summary Judgment and Motion for Stay of Proceedings.


_____
George A. O'Toole, Jr.
United States District Judge


Dated: _____