## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al. | ) |
| | ) Case No.: 1:05-MC-10079 (GAO) |
| Plaintiffs — Judgment Creditors, | ) |
| | ) |
| v. | ) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) |
| | ) |
| | ) |
| Defendants — Judgment Debtors, | ) |
| | ) |
| v. | ) |
| | ) |
| MUSEUM OF FINE ARTS, et al., | ) |
| | ) |
| Trustee Process Defendants. | ) |

## STIPULATION

On July 25, 2005, the Plaintiffs served the Trustee Process Respondents in this case with a Motion for Partial Summary Judgment.  On August 11, 2005, the Plaintiffs served the Museum of Fine Arts with a Motion for Stay of Proceedings on the Museum of Fine Arts' Motion to Quash.  The parties had previously agreed and stipulated that the Museum of Fine Arts could file its response to the Motion for Partial Summary Judgment on August 22, 2005.  The plaintiffs and the Museum of Fine Arts have since agreed and now stipulate that the Museum of Fine Arts shall file its oppositions to the Motion for Partial Summary Judgment, and the Motion to Stay its Motion to Quash, on August 29, 2005.

00079522.DOC /

- 2 -

/s/ Richard J. Grahn
Richard J. Grahn, BBO#: 206620
Edward V. Colbert, III, BBO#: 566187
Georgia J. Asimakopoulos, BBO#: 658232
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

*Attorneys for Jenny Rubin, et al.*

/s/ Courtney A. Clark
Robert J. Muldoon, Jr. BBO#: 359480
Courtney A. Clark BBO#: 651381
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA  02110
Tel: (617) 646-2000
Fax: (617) 646-2222

William D. Iverson
Jason M. Knott
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 662-6000
Fax: (202) 778-5549

*Attorneys for Museum of Fine Arts*

Dated: August 18, 2005

00079522.DOC /

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al. | ) |
| | )    Case No.: 1:05-MC-10079 (GAO) |
|     Plaintiffs — Judgment Creditors, | ) |
| | ) |
| v. | ) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| et al., | ) |
| | ) |
|     Defendants — Judgment Debtors, | ) |
| | ) |
| v. | ) |
| | ) |
| MUSEUM OF FINE ARTS, et al., | ) |
| | ) |
|     Trustee Process Defendants. | ) |

## PROPOSED ORDER

The Museum of Fine Arts shall have until August 29, 2005 to file its oppositions to the

Plaintiffs' Motion for Partial Summary Judgment and Motion for Stay of Proceedings on the

Museum of Fine Arts' Motion to Quash.

_____
George A. O'Toole, Jr.
United States District Judge

Dated: _____