UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al.,<br><br>    Plaintiffs – Judgment Creditors,<br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>    Defendants – Judgment Debtors,<br>v.<br><br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br><br>    Trustee Process Respondents. | Case No.: 05-MC-10079 (GAO) |

## NOTICE OF APPEARANCE

The undersigned counsel, Timothy R. Shannon, hereby enters his appearance on behalf of Trustee Process Respondents Harvard University, the President and Fellows of Harvard College, Harvard University Art Museums, the Busch-Reisinger Museum, the Fogg Art Museum, the Sackler Museum, the Semitic Museum, and the Peabody Museum ("Harvard") in the above-captioned matter.

                                                          THE PRESIDENT AND FELLOWS OF
                                                          HARVARD COLLEGE

                                                          By their attorneys,

                                                          /s/  Timothy R. Shannon
                                                        Timothy R. Shannon (BBO# 655325)
                                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                                        60 State Street
                                                        Boston, MA  02109
                                                        (617) 526-6000
Dated: August 29, 2005                      timothy.shannon@wilmerhale.com

US1DOCS 5266346v1