# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al. | ) |
| Plaintiffs — Judgment Creditors, | ) |
| v. | ) Case No.: 05-MC-10079 (GAO) |
| THE ISLAMIC REPUBLIC OF IRAN, et al. | ) |
| Defendants – Judgment Debtors, | ) |
| v. | ) |
| MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al. | ) |
| Trustee Process Defendants. | ) |

## NOTICE OF APPEARANCE

The undersigned counsel, Richard J. Grahn, hereby enters his appearance on behalf of Jenny Rubin, Deborah Rubin, Daniel Miller, Abraham Mendelson, Stuart E. Hersch, Renay Frym, Noam Rozenman, Elena Rozenman and Tzvi Rozenman, the plaintiffs in the above-captioned matter.

JENNY RUBIN, et al

By their attorneys,

Richard J. Grahn (BBO# 206620)
Looney & Grossman LLP
101 Arch Street, 9th Floor
Boston, MA 02110
(617) 951-2800

Dated: September 2, 2005

L:\13412\000\Pld\28