UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| JENNY RUBIN, et al. | ) | |
| | ) | |
| Plaintiffs — Judgment Creditors, | ) | |
| | ) | |
| v. | ) | Case No.: 05-MC-10079 (GAO) |
| | ) | |
| THE ISLAMIC REPUBLIC OF IRAN, et al. | ) | |
| | ) | |
| Defendants – Judgment Debtors, | ) | |
| v. | ) | |
| | ) | |
| MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al. | ) | |
| | ) | |
| Trustee Process Defendants. | ) | |

_____

**REQUEST FOR LEAVE OF COURT TO FILE
MEMORANDUM IN EXCESS OF TWENTY (20) PAGES**

The Plaintiffs, Jenny Rubin et al, request leave of court to file a Memorandum of Law in support of Plaintiffs' Reply to Trustee Process Respondents' Oppositions to the Plaintiffs' Motion for Partial Summary Judgment that exceeds twenty (20) pages in length. Local Rule 7.1 (B) (4). The Plaintiffs state that the memorandum, which is twenty-five pages in length, is necessary to provide the Court with a thorough briefing and analysis of this matter, which is both unusually complex and an issue of first impression in this Circuit.

JENNY RUBIN, et al

By their attorneys,

/s/ Georgia J. Asimakopoulos
Richard J. Grahn (BBO# 206620)
Georgia J. Asimakopoulos (BBO# 658232)
Looney & Grossman LLP
101 Arch Street, 9th Floor
Boston, MA 02110
(617) 951-2800

|  |  |
|---|---|
|  | /s/ David Strachman, Esq. (GJA) |
|  | David Strachman, Esq., (BBO# 660136) |
|  | McIntyre, Tate, Lynch & Holt |
|  | 321 South Main Street, Ste. 400 |
|  | Providence, RI 02903 |
| Dated:  November 21, 2005 | (401) 351-7700 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2005 I served a copy of the within pleading upon Trustee Process Defendants by electronic notice and/or mailing copies thereof via first class mail, postage prepaid, properly addressed to the following:

Paul R.Q. Wolfson
(Counsel for Trustee Process Defendant, Harvard)
WILMER CUTLER PICKERING
HALE & DORR LLP
2445 M Street NW
Washington, DC  20037

Mark C. Fleming
(Counsel for Trustee Process Defendant, Harvard)
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, MA  02109

Timothy R. Shannon
(Counsel for Trustee Process Defendant, Harvard)
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, MA  02109

Robert J. Muldoon, Jr.
(Counsel for Trustee Process Defendant, MFA)
Sherin & Lodgen LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 646-2000

William D. Iverson
Jason M. Knott
(Counsel for Trustee Process Defendant, MFA)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000
Courtney Amber Clarke, Esq.
(Counsel for Trustee Process Defendant, MFA)
Sherin & Lodgen LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 646-2000

Jason M. Knott, Esq.

(Counsel for Trustee Process Defendant, MFA)
Covington & Burling
1201 Pennsylvania Avenue N.W.
Washington D.C. 20004-2401

<u>/s/ Georgia J. Asimakopoulos</u>
Georgia J. Asimakopoulos