# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                    )
JENNY RUBIN,                        )
DEBORAH RUBIN,                      )
DANIEL MILLER,                      )
ABRAHAM MENDELSON,                  )
STUART E. HERSCH,                   ) Case No.: 1:05-MC-10079
RENAY FRYM,                         )
NOAM ROZENMAN,                      )
ELENA ROZENMAN and                  )
TZVI ROZENMAN                       )
                                    )
         Plaintiffs — Judgment Creditors, )
v.                                  )
                                    )
THE ISLAMIC REPUBLIC OF IRAN,       )
THE IRANIAN MINISTRY OF INFORMATION )
AND SECURITY,                       )
AYATOLLAH ALI HOSEINI KHAMENEI,     )
ALI AKBAR HASHEMI-RAFSANJANI and    )
ALI FALLAHIAN-KHUZESTANI            )
                                    )
         Defendants – Judgment Debtors, )
v.                                  )
                                    )
MUSEUM OF FINE ARTS, a not-for-profit corporation )
(a/k/a Boston MFA), HARVARD UNIVERSITY, et al. )
                                    )
         Trustee Process Defendants. )
_____)

### MOTION TO CORRECT TYPOGRAPHICAL ERROR IN PLAINTIFFS—JUDGMENT CREDITORS'—REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

On page 15 of the Reply, the phrase reading " *… legitimately invoke immunity under §§1604-1605.*" should have read " *… legitimately invoke immunity under §§1609-1610.*"

        JENNY RUBIN, et al

        By their attorneys,

        /s/ Georgia J. Asimakopoulos
        Richard J. Grahn (BBO# 206620)
        Georgia J. Asimakopoulos (BBO# 658232)
        Looney & Grossman LLP
        101 Arch Street, 9th Floor
        Boston, MA 02110
        (617) 951-2800

        /s/ David Strachman, Esq. (GJA)
        David Strachman, Esq., (BBO# 660136)
        McIntyre, Tate, Lynch & Holt
        321 South Main Street, Ste. 400
        Providence, RI 02903

Dated: November 28, 2005     (401) 351-7700

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2005 I served a copy of the within pleading upon Trustee Process Defendants by electronic notice and/or mailing copies thereof via first class mail, postage prepaid, properly addressed to the following:

Paul R.Q. Wolfson
(Counsel for Trustee Process Defendant, Harvard)
WILMER CUTLER PICKERING
HALE & DORR LLP
2445 M Street NW
Washington, DC  20037

Mark C. Fleming
(Counsel for Trustee Process Defendant, Harvard)
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, MA  02109

Timothy R. Shannon
(Counsel for Trustee Process Defendant, Harvard)
WILMER CUTLER PICKERING
HALE & DORR LLP
60 State Street
Boston, MA  02109

Robert J. Muldoon, Jr.
(Counsel for Trustee Process Defendant, MFA)
Sherin & Lodgen LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 646-2000

William D. Iverson
Jason M. Knott
(Counsel for Trustee Process Defendant, MFA)
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

Courtney Amber Clarke, Esq.
(Counsel for Trustee Process Defendant, MFA)
Sherin & Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Jason M. Knott, Esq.
(Counsel for Trustee Process Defendant, MFA)
Covington & Burling
1201 Pennsylvania Avenue N.W.
Washington D.C. 20004-2401


/s/ Georgia J. Asimakopoulos
Georgia J. Asimakopoulos