UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENNY RUBIN, et al.

    Plaintiffs – Judgment Creditors

Case No.: 1:05-mc-10079-GAO

v.

THE ISLAMIC REPUBLIC OF IRAN, et al.

    Defendants – Judgment Debtors

v.

MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.

    Trustee Process Respondents

## MOTION TO RESCHEDULE

Plaintiffs-Judgment Creditors in this matter hereby move to reschedule the hearing in this matter scheduled for April 12, 2006 at 2:00 p.m.

The Court's notice scheduling this matter arrived while Plaintiff was traveling overseas and the conflict with respect to the Court's scheduling did not come to counsel's attention until recently.

Plaintiffs-Judgment Creditors' counsel is unavailable on April 12, 2006 as a result of longstanding travel plans and a family commitment out of state related to the Passover holiday.

Plaintiffs-Judgment Creditors wrote to the Court on March 20, 2006 requesting rescheduling and were informed by the Court that the request should be made via formal motion.

Plaintiffs-Judgment Creditors respectfully requested that this matter be rescheduled to a date either earlier the week of April 10 or any date in the following weeks with the exception of April 19 and 20.

Opposing counsel has written to the Court assenting to a continuance and indicating their availability between April 10 and May 2006 (see attached correspondence).

It appears as if all counsel are available May 11, 12, 15, 16, 17, 18, 19, 24, 25, 26 and after June 5.

Therefore, Plaintiffs-Judgment Creditors respectfully request that this matter be rescheduled to one of these dates.

        Plaintiffs-Judgment Creditors
        by their attorneys,
        McIntyre, Tate, Lynch & Holt


        /S/ David J. Strachman
        David J. Strachman   #4404
        321 South Main Street, Suite 400
        Providence, RI 02903
        (401) 351-7700
        (401) 331-6095 (fax)


## CERTIFICATION

I hereby certify that on the 27th day of March, 2006, a true copy of the within was sent via ECF to the following:

Richard J. Grahn
Edward V. Colbert
George J. Asimakopoulos
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Mark C. Fleming
Timothy R. Shannon
Wilmer, Cutler, Pickering, Hale and Dorr LLP
60 State Street
Boston, MA 02109

Paul R.Q. Wolfson
Wilmer, Cutler, Pickering, Hale and Dorr LLP
2445 M Street, N.W.
Washington, DC 20037

Jason M. Knott
William D. Iverson
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Robert J. Muldoon, Jr.
Courtney Amber Clark
Sherin & Lodgen
101 Federal Street
Boston, MA 02110

                                              /S/ David J. Strachman

# McINTYRE, TATE, LYNCH & HOLT LLP

COUNSELLORS AT LAW

JERRY L. MCINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
WILLIAM F. HOLT
DAVID J. STRACHMAN *
ROBERT S. PARKER*

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

VIA FEDERAL EXPRESS AND
FAX (617) 748-9096

March 20, 2006

Honorable Justice George A. O'Toole
U.S. District Court for the
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  **Rubin v. The Islamic Republic of Iran**, 05-10079(GAO)
          Scheduled for hearing on April 12, 2006 at 2:00 p.m.

Dear Judge O'Toole:

The Court scheduled this matter for hearing on several motions for April 12, 2006, a date on which I have longstanding travel plans with my family out of state for the Passover holiday. Therefore, I respectfully request that the matter be rescheduled to a time either earlier the week of April 10 or any date in the following weeks with the exception of April 19 and 20.

Thank you for your consideration.

Sincerely,

David J. Strachman

DJS/dc
cc:  Richard J. Grahn/Edward V. Colbert, III/Georgia J. Asimakopoulos (v/fax 617-951-2819)
      Mark C. Fleming/Timothy R. Shannon (v/fax 617-526-5000)
      Paul R.Q. Wolfson (v/fax 202-663-6363)
      Jason M. Knott/William D. Iverson (v/fax 202-662-6291)
      Robert J. Muldoon, Jr./Courtney Amber Clark (v/fax 617-646-2222)

# WILMERHALE

**Paul R.Q. Wolfson**

+1 202 663 6390 (t)
+1 202 663 6363 (f)
paul.wolfson@wilmerhale.com

VIA FEDERAL EXPRESS AND FAX
(617) 748-9096

March 20, 2006

Honorable George O'Toole
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   *Rubin v. Islamic Republic Of Iran*, No. 05-10079 (GAO)
      Scheduled for argument April 12, 2006, at 2:00 p.m.

Dear Judge O'Toole:

   I represent the President and Fellows of Harvard College in the above-captioned matter. We have just received Mr. Strachman's letter stating that he is unavailable to present argument on behalf of the Rubin parties on the date and time that the Court previously scheduled argument. Mr. Strachman did not contact us in an effort to arrive at a mutually convenient alternative date before sending his letter to the Court. Accordingly, I have set forth below the dates in which I have other commitments. Mr. Iverson, representing the Museum of Fine Arts, will be separately contacting the Court.

   Anytime before the week of April 10 would be very difficult for me because of a series of oral arguments and briefs between now and April 10.

   As for the week of April 10, I am not available on April 10, due to a filing in the Federal Circuit due that day, but would be available to appear the following day, on April 11. Mr. Strachman has indicated in his letter that he is not available April 12, 13, or 14.

   My understanding is that Mr. Iverson is not available during the weeks of April 17 and 24 due to previously-scheduled business travel. In addition, I cannot appear on April 17, April 18, or April 24-28 because of hearings and an office move scheduled at that time.

   I cannot appear from May 1-10 because of already-planned vacation, and I am not available on May 22, 23, 30, or 31, because of hearings previously scheduled on those dates. May 29 is Memorial Day.

   Finally, we are awaiting a scheduling order from the Federal Circuit in another case; oral argument in that case is likely to be scheduled during the first week of June (June 5-9), so I would like to avoid argument during that week, if possible.

Honorable George O'Toole
March 20, 2006
Page 2

WILMERHALE

    In sum, April 11, May 11-12, May 15-19, May 24-26, or June 1-2 should not present difficulties for us.

Respectfully yours,

Paul R.Q. Wolfson

cc:    Richard J. Grahn/Edward V. Colbert, III/ Georgia J. Asimakopoulos
        (v/fax 617-951-2819)
    Jason M. Knott/William D. Iverson (v/fax 202-662-6291)
    Robert J. Muldoon, Jr./Courtney Amber Clark (v/fax 617-646-2222)
    David J. Strachman (v/fax 401-331-6095)

**Sherin AND Lodgen LLP**
Legal Precision and Innovation

Counsellors at Law
101 Federal Street Boston, MA 02110
T: 617.646.2000  F: 617.646.2222
www.sherin.com

Robert J. Muldoon, Jr.
Direct Dial: 617.646.2225
e-mail: rjmuldoon@sherin.com

March 22, 2006

**BY HAND DELIVERY**

Honorable George O'Toole
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   *Rubin v. Islamic Republic of Iran*
           U.S. District Court., Case No. 05-mc-10079

Dear Judge O'Toole:

In connection with the plaintiffs' request to take this case off the list for April 12, counsel for the Museum of Fine Arts are available on April 10 and in the weeks of May 8 and 15, 2006.

Sincerely,

*[signature]*

Robert J. Muldoon, Jr.

cc: Richard J. Grahn/Edward V. Colbert, III/Georgia J. Asimakopoulous
(via facsimile 617-951-2819)
David J. Strachman (via facsimile 401-331-6095)
Paul R.Q. Wolfson (via facsimile 202-663-6363)
Mark C. Fleming (via facsimile 617-526-5000)
Courtney A. Clark

00107640.DOC / 2