**Sherin AND Lodgen LLP**
Legal Precision and Innovation

Counsellors at Law
101 Federal Street Boston, MA 02110
T: 617.646.2000  F: 617.646.2222
www.sherin.com

Robert J. Muldoon, Jr.
Direct Dial: 617.646.2225
e-mail: rjmuldoon@sherin.com

March 22, 2006

**BY HAND DELIVERY**

Honorable George O'Toole
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: *Rubin v. Islamic Republic of Iran*
U.S. District Court., Case No. 05-mc-10079

Dear Judge O'Toole:

In connection with the plaintiffs' request to take this case off the list for April 12, counsel for the Museum of Fine Arts are available on April 10 and in the weeks of May 8 and 15, 2006.

Sincerely,

Robert J. Muldoon, Jr.

cc: Richard J. Grahn/Edward V. Colbert, III/Georgia J. Asimakopoulous
(via facsimile 617-951-2819)
David J. Strachman (via facsimile 401-331-6095)
Paul R.Q. Wolfson (via facsimile 202-663-6363)
Mark C. Fleming (via facsimile 617-526-5000)
Courtney A. Clark

00107640.DOC / 2