UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al.,<br><br>    Plaintiffs – Judgment Creditors,<br>  v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>    Defendants – Judgment Debtors,<br>  v.<br><br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, et al.<br><br>    Trustee Process Respondents. | Case No.: 05-MC-10079 (GAO) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective May 1, 2006, Wilmer Cutler Pickering Hale and Dorr LLP's Washington, D.C. office address will change to:

    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Avenue, NW
    Washington DC 20006.
    Tel: (202) 663-6000
    Fax: (202) 663-6363

1

US1DOCS 5631614v1

Respectfully submitted,

THE PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By their attorneys,


 /s/ Paul R.Q. Wolfson_____ _____
Paul R.Q. Wolfson (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street N.W.
Washington, DC 20037
(202) 663-6000

Mark C. Fleming (BBO # 639358)
Timothy R. Shannon (BBO # 655325)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Dated: April 28, 2006

2